IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KIMBERLY HUNT-BROWN,

    Plaintiff,

v.                                                                                                  Civ. No. 23cv782 WJ/KK

NEW MEXICO GENERAL
SERVICES DEPARTMENT, *et al.*,

    Defendants.

## ORDER ON PLAINTIFF'S OPPOSED MOTION TO COMPEL DISCOVERY AND FOR SANCTIONS

Before the Court is Plaintiff's Opposed Motion to Compel Discovery and for Sanctions (Doc. 19) ("Motion") filed April 25, 2024. The Court has reviewed the parties' submissions and heard the arguments of counsel at a hearing on July 15, 2024, and for the reasons stated on the record at the hearing FINDS that the Motion is well-taken in part and should be GRANTED IN PART, and DENIED IN PART as follows.

1. Requests for Production Nos. 2, 4, 5, 6, 8 and 9(c): The parties have stipulated that their disputes regarding Requests for Production Nos. 2, 4, 5, 6, 8, and 9(c) have or will be resolved through mutual agreement. Plaintiff's Motion is therefore DENIED AS MOOT as to these requests.

2. Request for Production No. 7: Plaintiff's Motion is GRANTED IN PART as to this request. Defendants shall produce any formal complaints, charges of discrimination and/or complaints filed in lawsuits against GSD alleging disability discrimination or FMLA violation from 2020 to present. In lieu of producing publicly filed litigation complaints, Defendants may identify the case name, case number and judicial district. Additionally, if GSD had a policy requiring an "informal" complaint to be made in writing as a prerequisite to filing a formal complaint, GSD shall produce any such "informal" complaints. In the

absence of such an "informal" complaint policy, Defendants need not search for or produce informal complaints.

3. <u>Request for Production No. 9(b)</u>: Plaintiff's Motion is DENIED as to this request.

4. <u>Request for Admission No. 1</u>: Plaintiff may re-serve her request for Admission No. 1 with the at-issue document attached, should she so wish. Defendants may then raise any objection or otherwise respond as they deem appropriate. In all other respects, Plaintiff's Motion is DENIED as to this request.

5. <u>Requests for Admission Nos. 3 and 4</u>: Plaintiff's Motion is DENIED as to these requests.

6. <u>Deadline for Supplementation</u>: Defendants must supplement their discovery response as directed **by Friday, August 9, 2024**.

7. <u>Apportionment of Expenses</u>: Because the Court grants the Motion in part and denies it in part, the Court will not apportion the parties' expenses.

IT IS SO ORDERED.

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE