IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**Before the Honorable Kirtan Khalsa**
**United States Magistrate Judge**

**Clerk's Minutes**

*Hunt-Brown v. New Mexico General Services Department et al*
Civ. No. 23-782 WJ/KK

Thursday, October 10, 2024, at 2:30 p.m.

**PLAINTIFFS' ATTORNEY PRESENT:**      Heather C. Burke

**DEFENDANTS' ATTORNEY PRESENT:**      Eric Loman

**TYPE OF PROCEEDING:**      Motion Hearing
Time – 10 minutes

**CLERK'S MINUTES:**

- The Court held a hearing on (1) Defendant's Unopposed Motion to Enter Stipulated Confidentiality Order (Doc. 37); and (2) Plaintiff's Stipulated Motion to Extend Case Management Deadlines. (Doc. 39.)
- The Court will enter the amended confidentiality order the parties submitted to the Court on October 7, 2024.
- The Court heard from the parties regarding proposed case management extensions and finds good cause to grant the parties' request.
- As such, discovery will now terminate March 14, 2025, Plaintiff's expert disclosures will be due January 13, 2025, Defendants' expert disclosures will be due February 12, 2025, Discovery Motions will be due by April 4, 2025, and the dispositive motions deadline will now be April 14, 2025.
- The Court will hold a settlement conference on May 16, 2025 with an option for attendance in-person or via Zoom.