IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KIMBERLY HUNT-BROWN,

    Plaintiff,

v.                                                                                                                           Civ No. 23-782 WJ/KK

NEW MEXICO GENERAL SERVICES
DEPARTMENT, *et al.*,

    Defendants.

## ORDER MODIFYING CASE MANAGEMENT DEADLINES

THIS MATTER is before the Court on the parties' Stipulated Motion to Extend Case Management Deadlines ("Motion"). (Doc. 39.) The Court, having reviewed the Motion, having heard from the parties at a hearing held on the Motion, and being otherwise fully advised, FINDS the Motion should be granted.

**IT IS, THEREFORE, ORDERED** that the following case management deadlines have been set:

    a) Plaintiff's Rule 26(a)(2) expert disclosures:[1]                     January 13, 2025

    b) Defendants' Rule 26(a)(2) expert disclosures:[1]                   February 12, 2025

    c) Termination date for discovery:[2]                                   March 14, 2025

    d) Motions relating to discovery to be filed by:[3]                        April 4, 2025

---

[1] Parties must disclose the names of all expert witnesses, the subject matter on which the experts will present evidence, and a summary of the facts and opinions to which the experts are expected to testify by this date. Experts who are retained or specifically employed to provide expert testimony must also submit an expert report by this date. *See* Fed. R. Civ. P. 26(a)(2). The parties must have their retained expert(s) ready to be deposed at the time they identify them and provide their reports. Expert witnesses who are not required to provide a written report may be deposed before summary disclosure.

[2] Discovery must be <u>completed</u> on or before this deadline.

[3] This deadline should not be construed to extend the twenty-one-day time limit in D.N.M.LR-Civ. 26.6.

    e)  Pretrial motions other than discovery motions
(including motions which may require a *Daubert* hearing)
filed by:[4]                       April 14, 2025

    f)  Plaintiff's portions of proposed Pretrial Order due from
Plaintiffs to Defendants by:                   July 14, 2025

    g)  Parties' consolidated proposed Pretrial Order due from
Defendant to Court by:                       July 23, 2025

*[signature: Kirtan Khalsa]*
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE

---

[4] In addition to dispositive motions, this deadline applies to motions related to the admissibility of experts or expert testimony that may require a *Daubert* hearing, but otherwise does not apply to motions in limine. The Court will set a motions in limine deadline in a separate order.