EXHIBIT

5
_____



# GENERAL SERVICES DEPARTMENT
**Agency Policy**

| | |
|---|---|
| Subject: | Number: |
| | GSD-016 |
| **Family and Medical Leave Policy** | Effective Date: |
| | 10/24/2016 |
| | Number of Pages: |
| | 8/30 |

## REVISION LOG

| Revision Number | Approval Date | Responsible Party/Author | Comments |
|---|---|---|---|
| Rev. 0 | 11/17/1999 | Michael R Jaramillo | New Policy. |
| Rev. 1 | 10/21/2016 | Angela Dawson | Revised document to bring compliant with current requirements of the FMLA and to update old processes; supersedes and replaces all previous copies of GSD 350-2.33, Family and Medical Leave. |
| | | | |
| | | | |

1.0   Purpose ............................................................................................................. 2

2.0   Scope ................................................................................................................. 2

3.0   References .......................................................................................................... 2

4.0   Definitions ......................................................................................................... 2

5.0   Background ........................................................................................................ 2

6.0   Policy ................................................................................................................. 2

7.0   Procedures ......................................................................................................... 5

8.0   Attachments and Enclosures .............................................................................. 8

9.0   Approval ............................................................................................................ 8

Policy has 8 pages of policy text and 22 pages of attachments/enclosures (30 total pages).

GSD000638

6.2     Leave Policy

    6.2.1   If eligible under the FMLA, an employee may take up to 12 or 26 weeks of family or medical leave, whichever is applicable (as explained below), within the relevant 12-month period defined below.

    6.2.2   While the employee is on FML, GSD will maintain the employee's group health insurance coverage at the same level and under the same circumstances as when the employee was actively working, as explained more fully under the section titled "Medical and Other Benefits".

    6.2.3   Upon returning from approved FML, an employee has the right to be restored to the same job or an equivalent position, subject to the terms, limitations and exceptions provided by law.

6.3     Leave Entitlement

    6.3.1   Under this policy, an eligible employee may take up to 12 weeks of FML within a 12-month period for circumstances (a) through (e) below:

        a.   The birth of a son or daughter, and in order to care for such son or daughter (leave to be completed within one year of the child's birth)

        b.   The placement of a son or daughter with the employee for adoption or foster care, and in order to care for the newly placed son or daughter (leave to be completed within one year of the child's placement)

        c.   To care for a spouse, son, daughter or parent with a serious health condition

        d.   For the employee to care for their own serious health condition, which renders them unable to perform any of the essential functions of their position

        e.   A qualifying exigency of a spouse, son, daughter or parent who is a military member on covered active duty or who is called to covered active duty status (or who has been notified of an impending call or order to covered active duty)

    6.3.2   The 12-month period is measured forward from the date an employee uses any leave under this policy.

        6.3.2.1   An eligible employee is entitled to up to 12 weeks (480 hours) of leave during the year beginning on the first date FMLA leave is taken.

        6.3.2.2   The next 12-month period would begin the first time FMLA leave is taken after completion of any previous 12-month period.

GSD000640

    7.2.3.1    GSD may also require an employee to submit a medical recertification if information is received that casts doubt on the reason given for absence.

    7.2.3.2    If the employee seeks an extension of his or her leave, GSD will require the employee to submit a medical recertification.

    7.2.3.3    If the employee fails to provide the required recertification within 15 calendar days, if such a timeframe is practicable, a delay to the approval of further leave may result until the recertification is provided.

7.2.4    GSD, at its expense, may require an employee to get a second opinion from a second health care provider, which GSD will select.

    7.2.4.1    If there is a conflict between the original certification and the second opinion, GSD, at its expense, may require the opinion of a third, mutually agreed upon, health care provider. **This third opinion will be considered final.**

    7.2.4.2    If an employee refuses to release relevant medical records to the health care provider designated to provide either a second or third opinion, GSD may deny FML to that employee.

7.3    Reporting While on Leave

7.3.1    GSD may require an employee taking leave because of their own serious health condition or to care for a covered relation, to report periodically on the employee's status of the condition and the employee's intent to return to work.

7.3.2    Additionally, an employee must give notice as soon as practicable, within two business days if feasible, if the dates of leave change, or are extended, or initially were unknown.

7.4    Intermittent Leave

7.4.1    If medically necessary, FML occasioned by a serious health condition may be taken intermittently (in separate blocks of time due to a serious health condition).

7.4.2    FML may also be taken intermittently for a qualifying exigency relating to covered military service.

7.4.3    If leave is unpaid, GSD will reduce an employee's salary based on the amount of time not worked.

7.4.4    In addition, while on intermittent leave, GSD may temporarily transfer an employee to an available alternative position that better accommodates the employee's leave schedule and has equivalent pay and benefits.

GSD000644