EXHIBIT

8



| GENERAL SERVICES DEPARTMENT | Number: |
|---|---|
| **Agency Policy** | GSD-030 |

| Subject: | Effective Date: |
|---|---|
| **Attendance and Leave Policy** | 5/30/2017 |
| | Number of Pages: |
| | 14/17 |

## REVISION LOG

| Revision Number | Date | Responsible Party | Comment |
|---|---|---|---|
| Revision 0 | 05/30/2017 | Angela Dawson | New; supersedes and replaces and cancels all previous approved or draft versions of GSD policy documents written to prescribe requirements and processes for the various types of employee leave and employee attendance expectations; also supersedes and cancels those portions of GSD Policy HR 12-01 (approved 01/20/2012) that apply to attendance and leave for GSD employees. |
| | | | |
| | | | |
| | | | |

## Table of Contents

1.0    Purpose ................................................................................................................ 2

2.0    Scope/Applicability/Organizations Affected ................................................... 2

3.0    References ........................................................................................................... 2

4.0    Definitions ........................................................................................................... 2

5.0    Background .......................................................................................................... 3

6.0    Policy .................................................................................................................... 3

7.0    Procedures ....................................................................................................... 11

8.0    Attachments and Enclosures ........................................................................ 14

9.0    Approval ............................................................................................................ 14

Policy contains 14 pages of policy text plus three 1-page form attachments, for 17 total pages.

KHB000789

6.1.5 ==Any employee with a poor attendance record, excessive tardiness, numerous and frequent short-term absences, a history of one-, two- and three-day illnesses, or frequent emergencies which occur on the day before or after scheduled or approved days off or which precede or follow holidays, use of leave immediately upon accrual, thus maintaining zero or near-zero leave balances, may be subject to disciplinary action, up to and including dismissal.==

6.2   Lunch Periods

6.2.1 Full-time employees may take up to a one hour, non-paid lunch period.

6.2.2 Lunch periods must be for at least 30 minutes, and may not be taken at the beginning or end of the work day, without prior supervisor/manager approval.

6.2.3 Employees must not work during their lunch period without prior approval from their immediate supervisor/manager.

6.2.4 Supervisors/managers may schedule lunch periods for employees that they supervise.

6.2.5 Lunch periods cannot be combined, split, accumulated, or transferred to other days and must be taken between 11:00 a.m. and 2:00 p.m.

6.2.6 Discussing work during a lunch period does not constitute work, or work time, and will not be paid.

6.3   Discretionary Rest Breaks

6.3.1 Employees may be granted a 15 minute rest break in the morning and a second 15 minute rest break in the afternoon.

6.3.2 Rest breaks may not be taken within one hour of the beginning or end of the workday, or within one hour before or after the lunch period.

6.3.3 Rest breaks must not be combined with any type of leave.

6.3.4 Supervisors/managers may schedule both rest breaks for employees they supervise.

6.3.5 Rest breaks cannot be combined, split, accumulated, or transferred to other days or be used to cover an employee's late arrival (tardy) or early departure from work.

6.3.6 Employees who smoke are subject to the same limits for 15 minute rest breaks as are non-smoking employees.

6.3.7 Periods in excess of fifteen minutes are not considered breaks, and shall result in the employee being required to use annual leave, compensatory time off, or leave without pay.

6.4    Breaks for Breastfeeding Mothers

6.4.1    Reasonable break periods will be provided for mothers to use a breast pump in the workplace for up to one year after a child's birth.

6.4.2    Nursing mothers are not entitled to payment for nursing mother break time which exceeds the established employee break time identified in the Discretionary Rest Breaks section above. For time that may be needed beyond agreed-upon break times, nursing mothers who are employees may use sick or annual leave.

6.4.3    Attachment 1 contains a sample of the Request for Private Location to Breastfeed/Nurse form that must be completed by a GSD employee who is a nursing mother to ensure sufficient flexible break times and privacy for the employee to use a breast pump or nurse a child. The nursing mother's supervisor/manager will also complete and sign the form. The most current version of the form should be obtained from GSD's SharePoint portal under the Forms Library.

6.5    Annual Leave

6.5.1    Employees, except those on absence without leave, leave without pay, unpaid Family Medical Leave Act (FMLA), or suspension, shall accrue annual leave at the rate of:

- 3.08 hours per pay period, if less than three years of cumulative employment

- 3.69 hours per pay period, if three years or more but less than seven years of cumulative employment

- 4.61 hours per pay period, if seven years or more but less than eleven years of cumulative employment

- 5.54 hours per pay period, if eleven years or more but less than fifteen years of cumulative employment

- 6.15 hours per pay period, if fifteen years or more of cumulative employment

6.5.2    Employees working less than an 80-hour pay period will accrue leave on a prorated basis.

6.5.3    Annual leave may not be used until it is accrued in SHARE and visibly posted to an employee's available leave balance.

6.5.4    An employee who wishes to use annual leave must obtain prior approval from their supervisor/manager as far as in advance as possible.

6.5.5    Employees who have accrued compensatory time must use it prior to using annual leave.

6.5.6    An employee calling in and requesting annual leave for the day without having submitted a prior request may have the request denied, and may be placed on AWOL if they do not report to work, except for circumstances beyond the employee's control or in an emergency.

KHB000793

6.5.7    An employee who is absent from duty after being denied annual leave by their supervisor/manager will be placed on AWOL, and will be subject to disciplinary action.

6.5.8    Some divisions or bureaus may restrict the use of annual leave during certain times of the year (e.g., the budget preparation cycle). Affected employees must be notified at least 30 days in advance of any restriction.

6.5.9    Employees shall be permitted to carry forward their annual leave balance up to a maximum of 240 hours of annual leave after the last pay period beginning in December.

6.5.10    Employees separating from classified service, except by a Reduction in Force (RIF), shall be paid for accrued annual leave as of the date of separation, up to a maximum of 240 hours at their current hourly rate.

6.5.11    Employees separating from the classified service as the result of a RIF shall be paid for all accrued annual leave as of the date of separation, at their current hourly rate.

6.6    Sick Leave

6.6.1    Employees, except those on full-time educational leave with pay, absence without leave, leave without pay, unpaid FMLA, or suspension, shall accrue sick leave at the rate of 3.69 hours per pay period.

6.6.2    Employees working less than an 80 hour pay period will accrue leave on a prorated basis.

6.6.3    Sick leave shall not be used before it is accrued in SHARE and visibly posted to an employee's available leave balance.

6.6.4    Employees requesting sick leave for purposes of attending medical appointments should obtain approval from their supervisor/manager as far in advance of the appointment as possible.

6.6.5    Employees may use sick leave for personal medical treatment or illness or for medical treatment or illness of a relation by blood or marriage within the third degree.

6.6.6    There is no limit to the amount of sick leave that may be accrued.

6.6.7    Employees may be required to provide healthcare provider certification for the use of sick leave if the request is for three or more consecutive workdays. Sick leave absences in excess of three consecutive workdays will be evaluated to determine eligibility for Family Medical Leave Act (FMLA) coverage.

6.6.8    Supervisors/managers who suspect abuse of sick leave may request that the employee provide a doctor's certification.

6.6.8.1    An employee must provide acceptable medical certification within 15 calendar days of the request.

6.9    **Absent Without Leave (AWOL)**

    6.9.1    Employees who fail to appear for work and do not have authorized leave, or who appear for work but are in violation of an agency policy governing their readiness for work (e.g., violation of drug and alcohol policy, Code of Conduct), shall be considered to be absent without leave.

    6.9.2    Employees shall not be paid for periods of AWOL, and shall not accrue annual or sick leave during an AWOL period.

6.10    Administrative Leave

    6.10.1    The Secretary may authorize an employee paid administrative leave up to five consecutive workdays when it is in the best interest of the Department.

        6.10.1.1    Administrative leave in excess of five consecutive days shall have written approval of the State Personnel Director.

        6.10.1.2    The Secretary may authorize up to 160 consecutive hours of Administrative Leave during a disciplinary action or investigation.

    6.10.2    Employees who are registered voters may absent themselves from work for up to two hours for the purpose of voting between the time of the opening and the closing of the polls.

        6.10.2.1    The supervisor may specify the hours during the period in which the voter may be absent.

        6.10.2.2    This paid leave is not available to employees whose workday begins more than two hours after the opening of the polls or ends more than three hours before the closing of the polls.

        6.10.2.3    Employees who take voting leave must actually vote; failure to do so will result in disciplinary action.

    6.10.3    Employees shall be entitled to administrative leave with pay when appearing in obedience to a subpoena as a witness before a grand jury or court or before a federal or state agency. Fees received as a witness, excluding reimbursement for travel and per diem, shall be remitted to GSD.

    6.10.4    Employees shall be entitled to administrative leave with pay for serving on a grand or petit jury. Fees received as a juror, excluding reimbursement for travel and per diem, shall be remitted to GSD.

    6.10.5    In accordance with the Governor's inclement weather policy, the Governor and Cabinet Secretary may authorize paid administrative leave during the closure, late reporting, or early release of employees due to inclement weather.

### 7.3  Call-In/Tardy/Early Departure

#### 7.3.1  Employee's Responsibilities

7.3.1.1  Employees who are unable to report to work must notify their supervisor/manager at the earliest opportunity, but **no later than 30 minutes after the employee's scheduled start time.**

7.3.1.2  Employees must state the reason for their absence, and must notify their supervisor/manager if the absence, tardy, or early departure is due to a documented/approved leave of absence (e.g., Military Leave, FMLA) in order to ensure FMLA-protected leave, and to track leave utilization and absenteeism. Employees must also advise the supervisor/manager of the anticipated date of return.

7.3.1.3  Notification from an immediate family member or friend does not constitute proper notification unless, due to exigent circumstances, the employee is unable to contact the supervisor. In such instances, the employee must personally contact their supervisor/manager as soon as possible.

7.3.1.4  Employees who leave work due to personal emergency or illness/ injury prior to the end of the scheduled shift must inform their immediate supervisor/manager of the early departure, state the reason why, and timely record the absence in SharePoint and SHARE according to GSD's Hours of Work and Overtime Policy.

    a.  Employees who do not have access to SharePoint and SHARE must record their absence on GSD's Leave Request Form.

    b.  Employees must provide notification as soon as possible.

#### 7.3.2  Employer's Responsibility

7.3.2.1  It is the responsibility of each supervisor/manager to actively address attendance issues in a timely and consistent manner.

7.3.2.2  Supervisors/managers must monitor leave balances of all employees under their supervision prior to approving leave, and should immediately communicate with HRB about any situation where an employee is absent without approved leave or without sufficient leave to cover the balance.

7.3.2.3  Supervisors/managers must contact HRB when an employee is on sick leave for more than three consecutive workdays in order to ensure compliance with federal regulations, and to ensure employees receive proper notification of their rights under the Family and Medical Leave Act.

7.3.2.4  Supervisors/managers are required to verify accurate time reporting in SHARE and to reconcile the timesheet with employee leave requests.

KHB000801

## 8.0   Attachments and Enclosures

Attachment 1: Request for Private Location to Breastfeed/Nurse (Sample)

Attachment 2: Request for Leave Without Pay (LWOP) (Sample)

Attachment 3: Domestic Violence Leave Request Form (Sample)

## 9.0   Approval

Approved by: _____   05/24/17

Zella Kay Cox, Administrative Services Director, GSD   Date

Approved by: _____   5/25/17

Alexis Johnson, General Counsel, GSD   Date

Approved by: _____   5/30/17

Edwynn L. Burckle, Secretary, GSD   Date

KHB000802