EXHIBIT

18

exhibitsticker.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

KIMBERLY HUNT-BROWN,

    Plaintiff,

   vs.       NO:  23-CV-00782 SMD-KK

NEW MEXICO GENERAL
SERVICES DEPARTMENT, and
VALERIE PAULK, EUNICE
MOYA, JENNIFER MORFIN,
VANESSA LEBLANC, AND
NATALIE MARTINEZ, in their
individual capacities,

    Defendants.

DEPOSITION OF EUNICE MOYA
March 7, 2025
9:04 a.m.
119 E. Marcy, Suite 110
Santa Fe, New Mexico

PURSUANT TO THE FEDERAL RULES OF CIVIL
PROCEDURE, this deposition was:

TAKEN BY:  HEATHER BURKE
Attorney for the Plaintiff

REPORTED BY:  Robin A. Brazil, RPR, NM CCR #154
Bean & Associates, Inc.
Professional Court Reporting Service
201 Third Street, Northwest, Suite 1950
Albuquerque, New Mexico  87102

(421P) RAB

54

be.

Q. What documents would show you that?

A. It would show me -- if I had 2022 in front of me and the email that's sent out to the employee from my staff --

Q. For the rolling year prior to that?

A. Right.

Q. So you're saying you would know why the 2024 started in February if you saw the rolling year for 2023; is that correct?

A. Correct. Correct. Because on the email that's sent out to the employees, it says you've been approved for your family medical leave from this date through this date. That's what I'm -- I really don't know off the top of my head.

(Exhibit 14 marked.)

Q. Exhibit 14 is a letter sent by myself to Anna Silva and Valerie Paulk on March 2nd, 2023.

Have you seen this letter before, Ms. Moya?

A. Yes.

Q. In your own words, why did you send this letter?

MR. LOMAN: Object to form and foundation.

Q. Okay. What is your understanding of the

55

reason I sent this letter?

MR. LOMAN: Same objection.

Q. Go ahead and answer.

A. Because the -- through administrative oversight through one of my HR consultants.

Q. Okay. Was Ms. Hunt-Brown having a hard time getting her previous year of FMLA approved?

A. Through administrative oversight.

Q. What does that mean?

A. It means that it was an error on the HR consultants.

Q. And what was the error?

A. From what I recall, the -- she was reading the -- she was not reading the medical certification correctly.

Q. When you learned of this letter, did you step in and make sure Ms. Hunt-Brown's leave was immediately approved?

A. Yes. When I found out about it, I met with the HR consultant, and I asked her to provide me with the documentation that Ms. Hunt-Brown provided, and in reviewing the application is when I noticed that the medical certification was completed correctly.

And I did speak with Randall Cherry, who

56

was our general counsel at that time, and I acknowledged our oversight.

(Exhibit 15 marked.)

Q. Exhibit 15. Exhibit 15 is an email from Eunice Moya to Kimberly Hunt-Brown on March 2nd, stating: Your FMLA expired on 12/10/2022; therefore, I asked Kelly to update your time sheets, changing the time that was coded FMLA.

Why did you tell Kelly to change the time on Ms. Hunt-Brown's time sheets?

A. Because she had not been approved for family medical leave.

Q. So you instructed Ms. Howley to change her time without looking in to see why Ms. Hunt-Brown's leave hadn't been approved yet?

A. Yes, my staff administered the family medical leave, and at that point I believe that procedures were being followed, and so based on the information that I was being told, I instructed Kelly to change the sheet.

Q. Did you send that email before or after receiving my letter?

A. I would say before.

Q. And what steps did you take after receiving the letter to address the changes to

57

Ms. Hunt-Brown's time that had taken place?

A. Like I said, I asked the consultant for the FML packet, and when I looked at it, that's when I noticed that the medical certification was completed correctly and that we should not have delayed the process.

Q. At that point we went back and retroactively updated the time sheet to reflect family medical leave, annual or sick or unpaid or whatever type of leave was originally coded.

(Exhibit 16 marked.)

Q. Exhibit 16 is an email that starts -- the top part of it is an email from me to Eunice Moya, copying Randall Cherry. It starts from Ms. Hunt-Brown to both Kelly Howley and Eunice Moya.

The middle email in that chain is from Eunice Moya to Heather Burke, dated March 29th, 2023. And you state that on February 23rd, 2023, you requested an updated physician statement. To date, our office hadn't received an updated physician statement.

Is March 29th close to March 2nd?

A. So I -- I -- what I believe happened in -- was that I think that -- let me -- so I don't even know when Randall shared this letter with me, and at