**From:** Hunt-Brown, Kimberly, GSD
**Sent:** Friday, March 22, 2024 11:47 AM
**To:** Morfin, Jennifer, GSD <jennifer.morfin@gsd.nm.gov>
**Cc:** Moya, Eunice, GSD <Eunice.Moya@gsd.nm.gov>
**Subject:** RE: Donated Leave and Intermittent FMLA status
**Importance:** High


Hello Jennifer, I wanted to let you know that I do have an appointment scheduled with my doctor, but the first available appointment was April 29. Is my FMLA going to continue to be authorized as described below? Specifically, will I continue to be denied FMLA leave for the remainder of March for my protected medical conditions, then in April again have "up to four (4) days a month of FMLA" leave to use for that month? I want to be certain that I'm clear on how this is working, because never before has HR interpreted the paperwork in this manner. Please let me know as soon as possible?

1

I apologize I didn't get back to you earlier on this – with everything also concomitantly going on with my mother's health, I'm a bit scattered right now.

Thanks, ☺

*Kim*

*505-490-3152*

---

**From:** Morfin, Jennifer, GSD <jennifer.morfin@gsd.nm.gov>
**Sent:** Monday, March 11, 2024 5:04 PM
**To:** Hunt-Brown, Kimberly, GSD <Kimberly.Hunt-Brown@gsd.nm.gov>
**Cc:** Moya, Eunice, GSD <Eunice.Moya@gsd.nm.gov>
**Subject:** Donated Leave and Intermittent FMLA status

Good afternoon Ms. Hunt-Brown,

Your request for donated annual leave has been approved and will be sent out to GSD staff to solicit annual leave donations on your behalf. Please note that donated leave may only be used when your annual leave, sick leave and personal leave days have been exhausted, and specific to your FML medical certification form. Annual leave donations received will not be able to be utilized until the pay period beginning March 16, 2024.

Polite reminder, Per your 2024 Intermittent FMLA paperwork and per your medical provider you are authorized up to four (4) days a month of FMLA use. I have attached the FMLA paperwork from your provider and your FMLA application for your reference. Any use of FMLA leave utilized beyond the four (4) days a month would need be used as personal leave; annual leave, sick leave, leave without pay etc. You will be required to obtain prior authorization from your supervisor for such leave requests. Should you believe that you may need to exceed the days a month for FMLA use you will need to submit a new FMLA application with supporting documentation from your provider with updated information.

For your convenience I have attached all related polices.

Your leave available for Pay Period Ending (PPE) 3/1/2024 is as follows:

- Annual: .94
- Comp:  0
- Sick:    .05

- Personal Days:  0

Respectfully,



**Jennifer N. Morfin**

Employee Labor Relations Specialist

General Services Department

1100 St. Francis Dr., 3rd Floor Suite 3064

Santa Fe, NM 87505

Email: jennifer.morfin@gsd.nm.gov

Direct Line: 505-670-6933

Confidentiality Notice:  This email, including attachment, is intended for the sole purpose of the intended recipient(s) and may contain confidential and privileged information.  Any unauthorized review, use, disclosure or distribution is prohibited unless specifically provided for under the New Mexico Inspection of Public Records Act.  If you are not the intended recipient, please contact the sender and destroy all copies of this message.