EXHIBIT

22

exhibitsticker.com

**Heather@hburkelaw.com**

| | |
|---|---|
| **From:** | Morfin, Jennifer, GSD <jennifer.morfin@gsd.nm.gov> |
| **Sent:** | Monday, March 25, 2024 3:40 PM |
| **To:** | Hunt-Brown, Kimberly, GSD |
| **Cc:** | Moya, Eunice, GSD; LeBlanc, Vanessa, GSD |
| **Subject:** | RE: Donated Leave and Intermittent FMLA status |

Good afternoon Ms. Hunt -Brown,

For clarification, your approved donated leave is available to use as of March 16, 2024 and is to be used in conjunction with your approved intermittent FMLA leave use only. For the month of March 2024 you have reached your four (4) days of intermittent FMLA as per your medical providers certification (WH-380) as of March 13, 2024. Since you've utilized your allotted four (4) days of FMLA leave for March 2024, your approved donated leave may be used in the following month(s) when you request intermittent FMLA use.

Please note any requests for leave for the remainder of March 2024 will need preapproval from your direct supervisor; personal leave; annual leave, sick leave, leave without pay,  per GSD leave policy.

I hope you find this information helpful.

Respectfully,
Jennifer Morfin

---

**From:** Hunt-Brown, Kimberly, GSD <Kimberly.Hunt-Brown@gsd.nm.gov>
**Sent:** Monday, March 25, 2024 8:35 AM
**To:** Morfin, Jennifer, GSD <jennifer.morfin@gsd.nm.gov>
**Cc:** Moya, Eunice, GSD <Eunice.Moya@gsd.nm.gov>; LeBlanc, Vanessa, GSD <Vanessa.LeBlanc@gsd.nm.gov>
**Subject:** RE: Donated Leave and Intermittent FMLA status

- So I can use it beginning now, since we're currently in the pay period that began March 16, 2024.

- Can I use the leave for a doctor's appointment for a sleep study appointment that was made at the request of my neurologist and is related to the FMLA medical condition?

Thanks, ☺
*Kim*
*505-490-3152*

---

**From:** Morfin, Jennifer, GSD <jennifer.morfin@gsd.nm.gov>
**Sent:** Monday, March 25, 2024 8:27 AM
**To:** Hunt-Brown, Kimberly, GSD <Kimberly.Hunt-Brown@gsd.nm.gov>
**Cc:** Moya, Eunice, GSD <Eunice.Moya@gsd.nm.gov>; LeBlanc, Vanessa, GSD <Vanessa.LeBlanc@gsd.nm.gov>
**Subject:** RE: Donated Leave and Intermittent FMLA status

Good morning Ms. Hunt-Brown,

In response to your email below, your approved donated leave may only be used when your annual leave, sick leave and personal leave days have been exhausted, and specific to your FML medical certification form. Annual leave donations received will not be able to be utilized until the pay period beginning March 16, 2024.

Respectfully,
Jennifer Morfin

---

**From:** Hunt-Brown, Kimberly, GSD <Kimberly.Hunt-Brown@gsd.nm.gov>
**Sent:** Friday, March 22, 2024 3:55 PM
**To:** Morfin, Jennifer, GSD <jennifer.morfin@gsd.nm.gov>
**Cc:** Moya, Eunice, GSD <Eunice.Moya@gsd.nm.gov>; LeBlanc, Vanessa, GSD <Vanessa.LeBlanc@gsd.nm.gov>
**Subject:** RE: Donated Leave and Intermittent FMLA status
**Importance:** High

Thank you Jennifer, can I use donated annual leave for any reason?

Thanks, ☺
Kim
505-490-3152

---

**From:** Morfin, Jennifer, GSD <jennifer.morfin@gsd.nm.gov>
**Sent:** Friday, March 22, 2024 2:52 PM
**To:** Hunt-Brown, Kimberly, GSD <Kimberly.Hunt-Brown@gsd.nm.gov>
**Cc:** Moya, Eunice, GSD <Eunice.Moya@gsd.nm.gov>; LeBlanc, Vanessa, GSD <Vanessa.LeBlanc@gsd.nm.gov>
**Subject:** RE: Donated Leave and Intermittent FMLA status

Good afternoon Ms. Hunt-Brown,

In response to your email inquiry below, per your 2024 Intermittent FMLA paperwork and per your medical provider you are authorized up to four (4) days a month of FMLA use. Any use of FMLA leave utilized beyond the four (4) days a month would need be used as personal leave; annual leave, sick leave, leave without pay. You will be required to obtain prior authorization from your supervisor for such leave requests. For the month of March 2024 since you have exhausted your four days, you would need request personal leave; annual leave, sick leave, leave without pay per GSD leave policy. If your doctor's appointments for the month of April exceed the four (4) days, you would need to request personal leave; annual leave, sick leave, leave without pay per GSD leave policy.

If your medical provider believes that you will need additional leave in excess of the four (4) days initially requested HR will retroactively adjust your timesheet based on the updated medical certification form.

Please let me know if you have any questions or need additional information. Thank you.

Separately, there may be resources available to with regards to your family member. Let me know if you would like more information.

Respectfully,
Jennifer Morfin

---

**From:** Hunt-Brown, Kimberly, GSD <Kimberly.Hunt-Brown@gsd.nm.gov>
**Sent:** Friday, March 22, 2024 11:47 AM

**To:** Morfin, Jennifer, GSD <jennifer.morfin@gsd.nm.gov>
**Cc:** Moya, Eunice, GSD <Eunice.Moya@gsd.nm.gov>
**Subject:** RE: Donated Leave and Intermittent FMLA status
**Importance:** High

Hello Jennifer, I wanted to let you know that I do have an appointment scheduled with my doctor, but the first available appointment was April 29. Is my FMLA going to continue to be authorized as described below? Specifically, will I continue to be denied FMLA leave for the remainder of March for my protected medical conditions, then in April again have "up to four (4) days a month of FMLA" leave to use for that month? I want to be certain that I'm clear on how this is working, because never before has HR interpreted the paperwork in this manner. Please let me know as soon as possible?

I apologize I didn't get back to you earlier on this – with everything also concomitantly going on with my mother's health, I'm a bit scattered right now.

Thanks, ☺
*Kim*
*505-490-3152*

**From:** Morfin, Jennifer, GSD <jennifer.morfin@gsd.nm.gov>
**Sent:** Monday, March 11, 2024 5:04 PM
**To:** Hunt-Brown, Kimberly, GSD <Kimberly.Hunt-Brown@gsd.nm.gov>
**Cc:** Moya, Eunice, GSD <Eunice.Moya@gsd.nm.gov>
**Subject:** Donated Leave and Intermittent FMLA status

Good afternoon Ms. Hunt-Brown,

Your request for donated annual leave has been approved and will be sent out to GSD staff to solicit annual leave donations on your behalf. Please note that donated leave may only be used when your annual leave, sick leave and personal leave days have been exhausted, and specific to your FML medical certification form. Annual leave donations received will not be able to be utilized until the pay period beginning March 16, 2024.

Polite reminder, Per your 2024 Intermittent FMLA paperwork and per your medical provider you are authorized up to four (4) days a month of FMLA use. I have attached the FMLA paperwork from your provider and your FMLA application for your reference. Any use of FMLA leave utilized beyond the four (4) days a month would need be used as personal leave; annual leave, sick leave, leave without pay etc. You will be required to obtain prior authorization from your supervisor for such leave requests. Should you believe that you may need to exceed the days a month for FMLA use you will need to submit a new FMLA application with supporting documentation from your provider with updated information.

For your convenience I have attached all related polices.

Your leave available for Pay Period Ending (PPE) 3/1/2024 is as follows:
- Annual: .94
- Comp:  0
- Sick:     .05
- Personal Days:  0

Respectfully,



**Jennifer N. Morfin**
Employee Labor Relations Specialist
General Services Department
1100 St. Francis Dr., 3rd Floor Suite 3064
Santa Fe, NM 87505
Email: jennifer.morfin@gsd.nm.gov
Direct Line: 505-670-6933

Confidentiality Notice:  This email, including attachment, is intended for the sole purpose of the intended recipient(s) and may contain confidential and privileged information.  Any unauthorized review, use, disclosure or distribution is prohibited unless specifically provided for under the New Mexico Inspection of Public Records Act.  If you are not the intended recipient, please contact the sender and destroy all copies of this message.