**State of New Mexico**
Department of Finance and Administration, 407 Galisteo
Street
Santa Fe, NM 87501

| | |
|---|---|
| Pay Group: | CLS-Classified |
| Pay Begin Date: | 02/04/2023 |
| Pay End Date: | 02/17/2023 |

| | |
|---|---|
| Business Unit: | 35000 |
| Advice #: | 000000009502565 |
| Advice Date: | 02/24/2023 |

**Kimberly A. Hunt-Brown**
1185 Bali Road SE
Rio Rancho, NM 87124

| | |
|---|---|
| Employee ID: | 341822 |
| Department: | 1510000000-SPD Capital Construction |
| Location: | SF-Joseph M. Montoya |
| Job Title: | SPD Procurement Specialist II |
| Pay Rate: | $2,816.86 Biweekly |

| TAX DATA: | Federal | NM State |
|---|---|---|
| Tax Status: | Married | Married |
| Allowances: | 0 | N/A |
| Addl. Percent: | N/A | |
| Addl. Amount: | | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| FMLA-Paid Annual | 35.210731 | 10.50 | 369.72 | 22.50 | 792.25 |
| FMLA - Paid Sick | 35.210731 | 3.25 | 114.43 | 11.25 | 396.12 |
| Telework | 35.210731 | 66.25 | 2,332.71 | 242.25 | 8,529.79 |
| Annual Leave Used | | 0.00 | | 12.00 | 422.53 |
| State Holiday - Not Worked | | 0.00 | | 24.00 | 845.07 |
| Sick Leave Used | | 0.00 | | 8.00 | 281.69 |
| **TOTAL:** | | **80.00** | **2,816.86** | **320.00** | **11,267.45** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 209.63 | 838.52 |
| Fed MED/EE | 38.74 | 154.98 |
| Fed OASDI/EE | 165.67 | 662.69 |
| NM Withholdng | 74.76 | 299.04 |
| **TOTAL:** | **488.80** | **1,955.23** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Medical Pre Tax | 99.19 | 396.76 |
| Dental Pre Tax | 5.97 | 23.88 |
| Vision Pre Tax | 1.11 | 4.44 |
| Flex Spending | 38.46 | 153.84 |
| PERA  Retirement | 293.52 | 1,174.08 |
| **TOTAL:** | **438.25** | **1,753.00** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| GSD/RMD Admin Fee | 0.25 | 1.00 |
| Supplemental Term Life | 59.19 | 236.76 |
| Disability | 4.56 | 18.24 |
| Retiree Health Care | 28.17 | 112.68 |
| Workers Compensation Employee | 0.00 | 2.00 |
| **TOTAL:** | **92.17** | **370.68** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Medical Pre Tax | 148.79 | 595.16 |
| Dental Pre Tax | 8.95 | 35.80 |
| Vision Pre Tax | 1.66 | 6.64 |
| GSD/RMD Admin Fee | 0.38 | 1.52 |
| Basic Life Insurance | 2.04 | 8.16 |
| PERA  Retirement | 527.88 | 2,111.52 |
| Retiree Health Care | 56.34 | 225.36 |
| Workers Compensation State Shr | 0.00 | 2.30 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,816.86 | 2,378.61 | 488.80 | 530.42 | 1,797.64 |
| YTD | 11,267.45 | 9,514.45 | 1,955.23 | 2,123.68 | 7,188.54 |

| BALANCES | YTD | BALANCES | YTD |
|---|---|---|---|
| Annual Leave: | 23.68 | Comptime | 0.00 |
| Sick Leave: | 5.27 | Holiday Comp Time: | 0.00 |
| Personal Leave Day: | 16.00 | Holiday Accrual | 0.00 |
| Overtime at 1.5: | 0.00 | Adm Comp Time: | 0.00 |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #000000009502565 | Checking | XXXXXX0838 | 1,797.64 |
| **TOTAL:** | | | **1,797.64** |

**MESSAGE:**

EXHIBIT

25

NON-NEGOTIABLE

**State of New Mexico**
Department of Finance and Administration, 407 Galisteo Street
Santa Fe, NM 87501

| Pay Group: | CLS-Classified |
|---|---|
| Pay Begin Date: | 02/18/2023 |
| Pay End Date: | 03/03/2023 |

| Business Unit: | 35000 |
|---|---|
| Advice #: | 000000009524583 |
| Advice Date: | 03/10/2023 |

**Kimberly A. Hunt-Brown**
1185 Bali Road SE
Rio Rancho, NM 87124

| Employee ID: | 341822 |
|---|---|
| Department: | 1510000000-SPD Capital Construction |
| Location: | SF-Joseph M. Montoya |
| Job Title: | SPD Procurement Specialist II |
| Pay Rate: | $2,816.86 Biweekly |

| TAX DATA: | Federal | NM State |
|---|---|---|
| Tax Status: | Married | Married |
| Allowances: | 0 | N/A |
| Addl. Percent: | N/A | |
| Addl. Amount: | | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| FMLA - Paid Sick | 35.210731 | -19.25 | -677.81 | -8.00 | -281.69 |
| Sick Leave Used | 35.210731 | 24.25 | 853.86 | 32.25 | 1,135.55 |
| Annual Leave Used | 35.210731 | 23.50 | 827.46 | 35.50 | 1,249.99 |
| FMLA-Paid Annual | 35.210731 | -22.50 | -792.25 | | 0.00 |
| Telework | 35.210731 | 66.00 | 2,323.90 | 308.25 | 10,853.69 |
| Absent Without Leave | 35.210731 | 4.50 | 158.45 | 4.50 | 158.45 |
| Leave Without Pay | 35.210731 | 3.50 | 123.24 | 3.50 | 123.24 |
| State Holiday - Not Worked | | | 0.00 | 24.00 | 845.07 |
| **TOTAL:** | | **80.00** | **2,535.16** | **400.00** | **13,802.61** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 169.92 | 1,008.44 |
| Fed MED/EE | 34.66 | 189.64 |
| Fed OASDI/EE | 148.21 | 810.90 |
| NM Withholdng | 62.39 | 361.43 |
| **TOTAL:** | **415.18** | **2,370.41** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Medical Pre Tax | 99.19 | 495.95 |
| Dental Pre Tax | 5.97 | 29.85 |
| Vision Pre Tax | 1.11 | 5.55 |
| Flex Spending | 38.46 | 192.30 |
| PERA Retirement | 264.16 | 1,438.24 |
| **TOTAL:** | **408.89** | **2,161.89** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| GSD/RMD Admin Fee | 0.25 | 1.25 |
| Supplemental Term Life | 59.19 | 295.95 |
| Disability | 4.56 | 22.80 |
| Retiree Health Care | 25.35 | 138.03 |
| Workers Compensation Employee | 0.00 | 2.00 |
| **TOTAL:** | **89.35** | **460.03** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Medical Pre Tax | 148.79 | 743.95 |
| Dental Pre Tax | 8.95 | 44.75 |
| Vision Pre Tax | 1.66 | 8.30 |
| GSD/RMD Admin Fee | 0.38 | 1.90 |
| Basic Life Insurance | 2.04 | 10.20 |
| PERA Retirement | 475.09 | 2,586.61 |
| Retiree Health Care | 50.70 | 276.06 |
| Workers Compensation State Shr | 0.00 | 2.30 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,535.16 | 2,126.27 | 415.18 | 498.24 | 1,621.74 |
| YTD | 13,802.61 | 11,640.72 | 2,370.41 | 2,621.92 | 8,810.28 |

| BALANCES | YTD | BALANCES | YTD |
|---|---|---|---|
| Annual Leave: | 26.83 | Comptime | 0.00 |
| Sick Leave: | 3.87 | Holiday Comp Time: | 0.00 |
| Personal Leave Day: | 16.00 | Holiday Accrual | 0.00 |
| Overtime at 1.5: | 0.00 | Adm Comp Time | 0.00 |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #000000009524583 | Checking | XXXXXX0838 | 1,621.74 |
| **TOTAL:** | | | **1,621.74** |

MESSAGE:

**EXHIBIT**

**25**

exhibitsticker.com

## NON-NEGOTIABLE