**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**


**KIMBERLY HUNT-BROWN**


        **Plaintiff,**

**vs.**                                                          **Civ. No. 23-cv-00782 SMD-KK**


**NEW MEXICO GENERAL SERVICES DEPARTMENT,**

**And VALERIE PAULK, EUNICE MOYA, JENNIFER MORFIN,**

**VANESSA LEBLANC, AND NATALIE MARTINEZ,**

**In their individual and official capacities**

        **Defendants.**


**SECOND DECLARATION OF KIMBERLY HUNT-BROWN**

STATE OF NEW MEXICO   )

                           )SS.

COUNTY OF SANTA FE     )


1.  My name is Kimberly Hunt-Brown. I am over 18, and I am competent to give the testimony stated herein.

2.  The information provided herein is within my own personal knowledge.

3.  I have worked for the General Services Department for over 11 years.

4.  I started in my current position of Purchasing Agent (Procurement Specialist II) on August 12, 2017.

5.  I suffer from Multiple Sclerosis and severe, often debilitating, migraines.

1

6. These are both serious medical conditions and disabilities under the ADA and the NMHRA.

7. Working in person in Santa Fe is not now, nor has it ever been, an essential function of my position.

8. As a Purchasing Agent, all of my job duties are completed on a computer logged into a central server(s). When I interact with customers, I do so by phone, via email, or remotely via Microsoft Teams.

9. The following are some of my regular duties as a Purchasing Agent (Procurement Specialist II):

   • Prepare Request for Information (RFI) documents
   • Prepare Invitation to Bid (ITB) documents for solicitation.
   • Prepare bid tab and analyze bid tabs for ITBs.
   • Prepare award document for completed ITBs and finalize all required records in Tracker.
   • Prepare Request for Proposal (RFP) documents for solicitation.
   • Finalize award document for completed RFPs and gather/finalize all required records in Tracker.
   • Answer questions via email or telephone from agencies and provide documentation as needed.
   • Answer questions via email or telephone from vendors and provide guidance and documentation as appropriate.
   • Process amendments to agreements and contracts as assigned and finalize all required records in Tracker.

10. I attend all of my meetings with my supervisors remotely through Microsoft Teams, even when we are all physically in Santa Fe.

11. I am able to perform all of my job duties remotely, and did so on a full-time basis for over three years, 7 months of which was as a reasonable accommodation from January through July 2023.

12. I have been forced to take unpaid time off (FMLA or LWOP) during times that I would otherwise have been able to work with reasonable accommodation.

13. I have had to use FMLA leave that I did not actually need to use because I was not being accommodated.

14. This has ensured that I fall behind in my work, and have then been subjected to negative reviews and put on an unofficial Performance Improvement Plan. (PIP)

15. Defendants' discrimination against my medical condition and failure to accommodate me has caused me significant emotional distress.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on August 14, 2025.