EXHIBIT

2
_____

exhibitsticker.com

Kimberly Hunt-Brown

| Date | Reported Hours | Type of Leave Taken | Corrected Hours | FML Corrected |
|---|---|---|---|---|
| 1/23/2023 | 8 | Sick leave | 8 | FML Sick Leave |
| 1/24/2023 | 4 | Annual Leave | 4 | FML Annual Leave |
| 2/1/2023 | 8 | Annual Leave | 8 | FML Annual Leave |
| 2/2/2023 | 4 | Annual Leave | 4 | FML Annual Leave |
| 2/3/2023 | 8 | Annual Leave | 8 | FML Annual Leave |
| 2/9/2023 | 3.25 | Sick leave | 3.25 | FML Sick Leave |
| 2/10/2023 | 8 | Annual Leave | 8 | FML Annual Leave |
| 2/16/2023 | 2.5 | Annual Leave | 2.5 | FML Annual Leave |
| 2/22/2023 | 1 | Annual Leave | 1 | FML Annual Leave |
| 2/22/2023 | 5 | Sick leave | 5 | FML Sick Leave |
| 3/1/2023 | 4.5 | AWOL | 4.5 | FML Unpaid |
| 3/1/2023 | 3.5 | LWOP | 3.5 | FML Unpaid |
| 3/7/2023 | 1 | Sick leave | 1 | FML Sick Leave |
| 3/15/2023 | 1.5 | LWOP | 1.5 | FML Unpaid |
| 3/15/2023 | 2.5 | Sick leave | 2.5 | FML Sick Leave |