**EXHIBIT**

**3**

6.3.3    An eligible employee may take up to 26 weeks of unpaid FML in a single 12-month period, beginning on the first day FML is utilized to care for a spouse, son, daughter or next of kin who is a covered service member and who has a serious injury or illness related to active duty service, as defined by the FMLA's regulations (known as military caregiver leave).

6.3.2.3    For military caregiver leave, GSD will measure the 12-month period as a rolling 12-month period measured forward.

6.3.2.4    FML leave already taken for other FML circumstances will be deducted from the total of the 26 weeks available.

6.4    **Both Spouses Employed by GSD**

6.4.1    Spouses who are both employed by GSD and eligible for FML may be limited to a **combined** total of 12 weeks of leave during the 12-month period if leave is requested:

- For the birth of a son or daughter, and in order to care for such son or daughter

- For the placement of a son or daughter with the employee for adoption or foster care, and in order to care for the newly placed son or daughter

- To care for an employee's parent with a serious health condition

6.4.2    Spouses who are both employed by GSD and eligible for FML may be limited to a combined total of 26 weeks in a single 12-month period if the leave is for **either**:

- Military caregiver leave

- A combination of military caregiver leave and leave for other FMLA-qualifying reasons

6.5    **Substitution of Leave**

6.5.1    Employees who elect to substitute any of their accrued leave must exhaust available leave balances in the following order: compensatory time, sick leave, annual leave, and personal leave day.

6.5.2    Employees shall not accrue annual and sick leave while on unpaid FML.

6.5.3    The substitution of paid leave time for unpaid FML time does not extend the 12 or 26 weeks (whichever is applicable) of the FML period. In no case can the substitution of paid leave time for unpaid leave time result in the employee's receipt of more than 100% of their salary.

6.5.4    Disability leave for the birth of a child and for an employee's serious health condition, including workers' compensation leave (to the extent that it qualifies), will be designated as FML and will run concurrently with FML.