**EXHIBIT**

**4**

exhibitsticker.com

| | |
|---|---|
| **From:** | Moya, Eunice, GSD <Eunice.Moya@gsd.nm.gov> |
| **Sent:** | Friday, July 28, 2023 10:23 AM |
| **To:** | Hunt-Brown, Kimberly, GSD; Mendonca, Dorothy, GSD |
| **Subject:** | RE: Friday 07/28/2023 1:30 ADA Interactive meeting |
| **Attachments:** | ADA- Accomodation Request Form.pdf; ADA Physician's Statement.pdf; Medical Information Release Form - Physican Release.docx; SPD Procurement Spec II.pdf; CLARIFICATION: Sent on behalf of the State Personnel Office - ANNOUNCEMENT -- CLARIFICATION OF STATE EMPLOYEE RETURN TO OFFICE |

Good morning, Kimberly-

The purpose of today's meeting was to have an interactive discussion regarding reasonable accommodations within your office space at the Joseph Montoya Building.  On January 30, 2023, you were provided a trial period beginning on February 2, 2023 and ending August 2, 2023. GSD is unable to accommodate your telework schedule due to the rescission of the Non-Mandatory Telework Policy.  You accepted a position located in Santa Fe, NM, therefore, you will be required to report to your office located at 1100 S. St. Francis Dr. on Thursday, August 3, 2023.

Dorothy and I are available to meet Monday, Tuesday or Wednesday. Please let me know as soon as your attorney is available.

As requested, I've included the ADA forms. Thank you.


Eunice Moya
Human Resource Manager
General Service Department
p: 505.476.1859
c: 505.412.5828
e: Eunice.Moya@gsd.nm.gov


---

**From:** Hunt-Brown, Kimberly, GSD <Kimberly.Hunt-Brown@gsd.nm.gov>
**Sent:** Friday, July 28, 2023 8:13 AM
**To:** Moya, Eunice, GSD <Eunice.Moya@gsd.nm.gov>; Mendonca, Dorothy, GSD <dorothy.mendonca@gsd.nm.gov>
**Subject:** Friday 07/28/2023 1:30 ADA Interactive meeting
**Importance:** High

Hello Eunice,

My attorney has requested to attend this meeting with me but is not available on such short notice. Could you please provide some dates and times next week so we can set up the meeting so she can attend also?

Also, could you please provide a new set of ADA paperwork that I can submit to my provider specifically related to my one health condition (the chronic migraines) for which we wish to submit a revised form?

1

GSD000168

*Thank you,*

*Kimberly A Hunt-Brown*
Kimberly A Hunt-Brown, MBA, CPO Certified
Procurement Specialist II
New Mexico State Purchasing Division
505-490-3152
1100 Saint Francis Drive
Room 2016
Santa Fe, NM 87505
**Please note my new email address:** kimberly.hunt-brown@gsd.nm.gov

See current procurement opportunities online at:
https://www.generalservices.state.nm.us/statepurchasing/active-procurements.aspx

For current procurement opportunities in the eProNM/SciQuest system, go to:
https://bids.sciquest.com/apps/Router/PublicEvent?CustomerOrg=StateOfNewMexico

GSD000169