EXHIBIT

5

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**KIMBERLY HUNT-BROWN**

**Plaintiff,**

vs.                                                   **Civ. No. 23-cv-00782 SMD-KK**

**NEW MEXICO GENERAL SERVICES DEPARTMENT,**
**And VALERIE PAULK, EUNICE MOYA, JENNIFER MORFIN,**
**VANESSA LEBLANC, AND NATALIE MARTINEZ,**
**In their individual and official capacities**
                    **Defendants.**

### AFFIDAVIT OF JOSE PUENTES

1. My name is Jose Puentes. I am over 18, and I am competent to give the testimony stated herein.

2. The information provided herein is within my own personal knowledge.

3. I worked at GSD for about 5 years, beginning in 2019.

4. During my employment at GSD, I regularly worked from home.

5. Working from home was not a term used, and it was characterized on calendars and elsewhere as either "off site training" or "Remote Office Work Site."

6. I did work from home under these characterizations for periods after August 2023, and during the 2024 calendar year.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Jose Puentes

1

STATE OF NEW MEXICO )
                      )SS.
COUNTY OF ~~SANTA FE~~ ) (14)
         Bernalillo
       Signed, sworn to and acknowledged before me this 2nd day of ~~August~~ September, 2025 by Jose
Puentes.

NOTARY PUBLIC

State of New Mexico
Notary Public
Kristina Tice
Commission Number 1116177
Expiration Date 10-20-2028

2