CONFIDENTIAL

EXHIBIT

6

**Applicant Name :** _Amber Sanchez_

**Reviewer Name:** _Michael Saavedra_

**Position:  IT Procurement Specialist #49191**

Questions:

1.  What is your experience relative to the skills required of the IT procurement unit?
    6yrs w/SPD - buyer B - moved up to buyer A & now Fin. Coord. (TBs, GSAs, Sdl Sources, NASPOs, RFPs. IT Prof. Services . 90-00065, - assisted vendor. from DoIT Identified a typing error - fee section. Training of vendors. exp. transition to other - led vendors, redi contracts w/fees. Dealing w/ NASPOs. T&Cs.

2.  What experience do you have working with the Department of Information Technology?
    Amended price agreements from DoIT. Worked w/ their template. Any components - approved through DoIT. Routed through IT for signature.

3.  If you have multiple high profile procurements and you are getting calls from upper management asking the status, how do you prioritize your projects?
    List person . or utilize email outlook calendar. Very complex up & doesn't teal to get behind. Looks at steps & pushes along. Push assignments along for the timeline to be met.

4.  Explain the process you go through when handling an RFP.
    Receive assignment. Quals based rather than cost only. Min. 10 days adv., prepare. Conf, Q&A, Close, Open. Eval., open pub then changed to verbal. based on responses & prop. , oral pres, batto, entire award, protest before review scope of work, seq. of events ).