CONFIDENTIAL

EXHIBIT

7

**Applicant Name :** Amber Sanchez

**Reviewer Name:** Francine Martinez

**Position:  IT Procurement Specialist #49191**

Questions:

1.  What is your experience relative to the skills required of the IT procurement unit?

SPO 6 yrs, Buyer B — 2018, moved into Buyer A. Lots of experience GSAs, ITBs, NASPOs. Lot of IT professional service *[illegible]* main lead (95). DFA - *[illegible]* facilitate, open offerors — hard copies. Roelynn — identify issue resulted in amendments *[illegible]* train vendors *[illegible]* expired into the new one. Utilize old one professional service contract. Read through all contracts that contain a fee. How to utilize any report *[illegible]* users. NASPO how they approved T&Cs explain to vendors.

2.  What experience do you have working with the Department of Information Technology?

*[illegible]* on contracts used by DFA. Between, data — electronic data base — go through w/DOIT computer network, systems — compatible system, cyber security *[illegible]* of signatures — RFP — continue to route it. New approval *[illegible]* through them.

3.  If you have multiple high profile procurements and you are getting calls from upper management asking the status, how do you prioritize your projects?

Physically write *[illegible]* / outlook calendar. Prioritize what got done through the day. Gov initiatives are priority. Agency side — follow up. Push assignments along — to make sure timeline is met.

4.  Explain the process you go through when handling an RFP.

Receive an assignment. Qualification base vs. Min 10 days. Convene pre proposal — Q&A. RFP — closed. RFP — evaluated. RFP — not open public. Evaluated RFP — based on RFP. Select finalist. Execute — signs.

10 days for protest. Various scope of work. Match solicitation. Sequence of events — match time frame. Ensure time-frame meets *[illegible]*.

GSD. 009552