CONFIDENTIAL

**Applicant Name :** _Amber Sanchez_

**Reviewer Name:** _Ray A. Mcostas_

EXHIBIT

8

exhibitsticker.com

**Position:   IT Procurement Specialist #49191**

Questions:

1.  What is your experience relative to the skills required of the IT procurement unit?
    6 years with SPD and was a Buyer and now a financial coordinator. Has a lot of involvement in many different realms within the IT procurements.

    Has experience training

    Has IT professional service Contract experience.

    Has experience working with the end users.

2.  What experience do you have working with the Department of Information Technology?
    worked with and issue contracts based on DoIT's template the criteria set up by DoIT and familiar with IT procurements

3.  If you have multiple high profile procurements and you are getting calls from upper management asking the status, how do you prioritize your projects? List person, and utilize outlook calendar, very much on top of work assignments. Always following up.

4.  Explain the process you go through when handling an RFP. Receive assignment, issue the RFP, advertise, open proposals Pre-proposal conference, Applicant explained the full process excellent.