70

A. I believe so.

Q. So looking at your job history in this application, it looks like you became an IT procurement specialist in October of 2017, correct?

A. Yes.

Q. When you became an IT procurement specialist, did you have any IT experience?

A. I did.

Q. What IT experience did you have?

A. I'm not too sure what's captured in this application. I would have to read it through, but I did do IT professional service agreements when I was a -- a buyer A.

Q. Why did you do IT procurements as a buyer A?

A. I was a matrixed buyer, and I was housed at facilities management division, and because I was an -- while I was a matrix buyer, I was considered an agency buyer. I did all of their professional service agreements and -- the professional service procurements and processed the resulting agreements for that agency or that division.

Q. So how did you start doing that?

A. I don't remember. That was so long ago.

Q. You got transferred over to FMD, or you

71

were still part of SPD?

A. I was still part of SPD. I was what's referred to as a matrixed buyer.

Q. Did you apply for that position?

A. I believe I was a buyer O. I believe I was a buyer B, and then I applied for the buyer O, and while I was a buyer O, I was moved to FMD. But I would need to look more into that.

Q. Okay. So more -- so other buyers besides IT buyers do IT buying?

A. No. So this was a unique case because I was a matrixed buyer. I was considered an agency buyer for facilities management division as well as a state purchasing buyer.

Q. So how did you get trained to do those IT buys?

A. I was trained by my supervisor at the time, Jim Thalmann, I believe was his last name. I'm not too sure.

Q. And that was a decision -- why didn't they send an IT buyer to be a matrix buyer?

A. I couldn't tell you that information.

Q. You were trained to be an IT before you were an IT buyer?

A. I wouldn't say I was necessarily trained

72

to be an IT buyer. I was trained on how to process IT procurements.

Q. Do all buyers get trained on that?

A. I don't believe so.

Q. Do you think that training made it easier for you to apply for an IT buyer?

A. I would assume so.

Q. That decision was a decision of your supervisors to move you to the matrix buyer, correct?

A. Yes.

Q. So your supervisors had you -- I mean, they allowed you to be trained in IT buying, correct?

A. Correct.

Q. Do you assign any of your current buyers to do any IT buying?

A. No.

Q. Why not?

A. I'm told not to.

Q. Who told you not to?

A. My supervisors.

Q. Natalie Martinez?

A. Yes.

Q. Why did she tell you not to?

73

A. Because my buyers are not IT buyers.

Q. So your buyers now can't get IT experience or IT buying experience?

A. They're not allowed to do IT assignments.

Q. Okay. So would that help them apply for an IT buyer position if they were allowed to do IT assignments?

A. I assume it would.

Q. What would -- why would GSD not want to cross-train their buyers?

MR. LOMAN: Object to form. Foundation.

Q. Go ahead and answer.

A. That, I'm not too sure.

Q. At the time you were moved over to FMD, you didn't have, like, actual IT experience, correct?

A. I don't believe so.

Q. You've never taken any IT certification courses? You're not --

A. No, I don't believe that's even required of our buyers now.

Q. Okay. So looking at Exhibit 13, the minimum qualification on page two, says an IT -- or a bachelor's degree of business administration or IT-related field.