Page 186

based sole on the qualification...."
HR didn't make the selection for this position, you did.

A. I did based on the questions and answers and the responses that we received.

Q. You have to base that on qualifications for the position; correct?

A. I based it on -- it is the whole entirety.

The questions make a difference.  When they are asked, they are responding to the question with the answers that they are giving.

Never once have I ever looked at a person for any other reason other than the questions we ask.

Q. So you're testifying here today that a person with a Master's Degree in the related field required and -- what did we say -- 8 years of experience directly related to the position is less qualified than a

Page 187

person with a High School education and only 6 years of experience.

MS. DOWNEY:  Objection; form.

You can answer.

THE WITNESS:  I know you look exhausted, as I do, but to answer the question...

You will have to clarify the question.

Q. BY MS. BURKE:  So what made Amber more qualified for the position?

A. Based on the questions that were asked and the answers that were given.

I recall...

I can't...

You have this one in front of me 100%, but Kim's answer to Question 1 was "Little to none."  "Little to none."

I don't know how to -- those are the 2 main questions.  All of these questions are important, but when you ask "What is your experience relative to the skills of the IT Procurement," and someone says "Little

Page 188

to none," I don't...

I don't know what you want to hear from me.

Q. But you Testified here that Amber Sanchez was allowed to do IT Procurement as the Compliance Specialist.

A. As her Supervisor.  As her Supervisor I allowed her.

Q. Right.

A. I allowed her.

Q. Right.

A. Because she had to; she had no choice.

That IT Procurement, which is one of our major Procurements in the State was lacking the Terms and Conditions of the Contract.

Q. What do you mean, "... she had no choice"?

A. (No audible response.)

Q. Why didn't another IT specialist do that?

A. I can't answer that question at the time.  I cannot answer that

Page 189

question.

Q. You don't manage the IT --

A. I do not.

Q. -- people; correct?

A. That would be Michael Saavedra.

Q. Didn't you say to Michael Saavedra, "Your staff isn't finishing their work and someone else needs to do this?"

A. That's not how I operate.  I am not going to go tell Michael Saavedra that.

Amber asked me, "Can I work with Raelynn on this Procurement so that I can" -- "where it misses the Terms and Conditions.  I need to understand the entire Contract," so I said, "Yes."  Why would I -- why would I tell her "No"?

Q. So you gave her the experience she needed for this position when she applied for there promotion.

A. I don't think this position was open when she went to go search for the information that was missing out

EXHIBIT

10