CONFIDENTIAL

Applicant B

**Application Report**

| | |
|---|---|
| **Job Opening ID:** 142364 | **Job Posting Title:** GSD IT Procurement Specialist (GSD #2972) |

## General Information

| | |
|---|---|
| **Name** | Andric Fisher |
| **Applicant ID** | 509335 |
| **Applicant Type** | External Applicant |
| **Applicant Status** | 010 Active |

EXHIBIT

**11**

exhibitsticker.com

## Contact Information

| | |
|---|---|
| **Name Prefix** | |
| **First Name** | Andric |
| **Middle Name** | |
| **Last Name** | Fisher |
| **Name Suffix** | |
| **Address** | PO BOX 66805<br>Albuquerque, NM 87193<br>Bernalillo |
| **Preferred Contact** | Not Specified |

## Phone Numbers

| Phone Type | Telephone | Extension | Country Code | Preferred |
|---|---|---|---|---|
| Home | 928/247-4540 | | | Yes |

## Email Addresses

| Email Type | Email Address | Preferred |
|---|---|---|
| Home | andric.fisher@gmail.com | Yes |

## Work Experience

| | | |
|---|---|---|
| **Start Date** | 07/01/2016 | |
| **End Date** | 02/02/2024 | |
| **Employer** | Red Lake Hospital | |
| **Ending Job Title** | IT Supervisor | |
| **Supervisor** | Charles Kelly | |
| **Ok to Contact?** | Yes | |
| **Email** | Charles.Kelly@ihs.gov | |
| **Phone** | 719/648-9694 | **Country Code** |
| **Ending Pay Rate** | 0.00 USD Month | |

GSD. 009435

CONFIDENTIAL

**Application Report**

| | |
|---|---|
| | **Job Posting Title:** GSD IT Procurement Specialist (GSD #2972) |
| **Job Opening ID:** 142364 | |

| | |
|---|---|
| **Description** | ¿ Responsible for system administration, strategic and tactical planning, evaluation, coordination of the information and technology systems for the Red Lake Hospital network and customer support within the Hospital and affiliate satellite site Ponemah Health Center. |
| | ¿ Lead the Information Technology department in planning and implementing enterprise information systems to support both distributed and centralized clinical and business operation. Through this, I achieved a modernized and cost beneficial enterprise-wide IT operation. |
| | ¿ Designated Contract Officer Representative to oversee submittal of acquisition requests in compliance with federal acquisition rules for IT facility needs. |
| | ¿ Proficient in preparing contract specifications for computer hardware/software procurement and service agreements, involving completion of business needs statements and business case statements with 5-year lifecycle cost estimators. |
| | ¿ As IT Supervisor overseeing IT-related projects and completing the Capital Planning Investment Control process for the Red Lake Hospital Phase 1 and 2 Modernization project with the coordination of all stakeholders; involving consulting and monitoring technical progress to track progress and establish work schedules of contractors. |
| | ¿ Maintained developed systems to evaluate performance related to contract deliverables and cost; identified potential problem areas to initiate remedial actions. |
| | ¿ Maintained my Contracting Officer Representative (COR) Level 2 certification for managing contracts up to Ten million dollars. |
| | ¿ With my COR 2 certification I¿ve managed and maintained multiple contracts with RPMS and E.H.R developers Cimarron and Medsphere for interfacing and existing programing RPMS package module support. |
| | ¿ Coordinated Red Lake Hospital expansion of a new building for the Emergency Room department through a facility 638 construction contract; which enabled me to leverage and procure the needed network infrastructure for a new intermediate distribution frame IDF and equipment for supported wireless implementation. |
| | ¿ Successfully interfaced Red Lake Hospital Resource Patient Management System with a contracted clearinghouse to scrub and submit all hospital claims to payers for processing to increase Third Party revenue. |
| | ¿ Overseen and completed the technical implementation of the Bar Code Medication Administration (BCMA) point of care application for validation of medication administration that supports ¿real-time¿ recording of medications given to patients. BCMA uses the electronic medication administration record with bar code scanning verifying the patient identity, as well as insuring that the patient receives the right medication, in the right dose, via the right route at the right time. |

GSD. 009436

CONFIDENTIAL

**Application Report**

| | |
|---|---|
| **Job Opening ID:** 142364 | **Job Posting Title:** GSD IT Procurement Specialist (GSD #2972) |

¿ Assisted Biomed and Radiology with procurement and technical procurement and implementation of a Fuji Picture Archiving Communication System (PACs), Fuji portable x-ray unit and a 3D Hologic Mammography unit.

| | | |
|---|---|---|
| **Start Date** | 10/01/2008 | |
| **End Date** | 07/01/2016 | |
| **Employer** | Fort Yuma Indian Health Center | |
| **Ending Job Title** | Information Tech Specialist | |
| **Supervisor** | Robert Harry | |
| **Ok to Contact?** | Yes | |
| **Email** | | |
| **Phone** | 760/572-4101 | **Country Code** |
| **Ending Pay Rate** | 0.00 USD Month | |

GSD. 009437

CONFIDENTIAL

**Application Report**

**Job Posting Title:** GSD IT Procurement Specialist (GSD #2972)

**Job Opening ID:** 142364

| | |
|---|---|
| **Description** | ¿ As an employee with Fort Yuma Health Center I.T Department, I performed an intricate role in the national Project Leadership Team Committee overseeing the construction of a new health care facility. With a 6-million-dollar budget, I collaborated with Area Office IT Staff to design a network infrastructure for the new facility and provided position description qualifications, equipment specifications for contracted services.<br>¿ With my Contracting Officer Representative Level 1 certification I've managed and maintained multiple contracts considered comparative cost versus suitability of types of equipment and materials selected to accommodate system modifications and/or upgrades with feasibility studies and cost analysis for procurement.<br>¿ Made occasional field inspections as necessary to include oral communication briefing field managers on specific project status. Allowing for coordination of work assignments with other elements in the Health Center concerning the appropriate technical approach for the specific projects, as well as, the nontechnical approach involved in preparing the nontechnical portion of the solicitation for bids or proposals.<br>¿ I provided moderately technical or complex information about products and services. Communicated and coordinated with staff in preparation of contract specifications for the purchase of hardware, software, and service agreements.<br>¿ Facilitated in problem resolutions for multi-users and personal computer systems running the Electronic Health Record (EHR), Clinical Applications and office automation programs. Daily clinical application maintenance use includes VISTA imaging programs VistaRad, Vista Capture and Vista Display.<br>¿ Monitored the telecommunications components and the reset of controls for teleprocessing connections on Linux and Windows¿s environments. Including isolating and identifying the sources and nature of system software, hardware/telecommunication problems acquiring assistance from Tier 2 support of vendor representatives for significant equipment or software malfunctions.<br>¿ Executed and maintained the migration and installation of Cisco Unified Communications Manager VOIP system.<br>¿ Regularly assist in determining the Information System needs of the Health Center programs and aid in evaluating alternative methods of meeting those needs, within the constraints of Indian Health Service policies and Indian Health Manual.<br>¿ Sustained Health Information Management (HIM) privacy and security compliance, through the National Institute of Standards and Technology (NIST) and Federal Information Security Act (FISMA) standards.<br>¿ Project Managed the Implementation and Integration for an all-digital Dental initiative.<br>¿ Provided Instrumental coordination in establishing technical execution for Personal Health Record (PHR) accessibility to the |

GSD. 009438

CONFIDENTIAL

**Application Report**

| | |
|---|---|
| **Job Posting Title:** | GSD IT Procurement Specialist (GSD #2972) |
| **Job Opening ID:** 142364 | |

| | |
|---|---|
| | Fort Yuma patient population. |
| **Start Date** | 09/01/2003 |
| **End Date** | 09/01/2008 |
| **Employer** | Colorado River Service Unit |
| **Ending Job Title** | Computer Tech |
| **Supervisor** | Jaylynn Saavedra |
| **Ok to Contact?** | Yes |
| **Email** | jaylynn.saavedra@ihs.gov |
| **Phone** | 928/669-3112        **Country Code** |
| **Ending Pay Rate** | 0.00 USD Month |
| **Description** | ¿ During my employment at the Colorado River Service Unit, my responsibilities included monitoring the technical progresses of contractors on the local level, and in the performance of acceptance tests of contracted services.<br>¿ Provided Customer service, Help desk installations, daily operations, network maintenance/security, and physical/software inventory.<br>¿ Field inspections and software/equipment upgrades of all five satellite sites consisting of Colorado River Service Unit that includes Chemehuevi Health Center, Peach Springs Health Center, Supai Health Center and Sherman Health Center.<br>¿ Assisted, managed, and maintained all RPMS and network access requests for CRSU and all Satellite sites.<br>¿ Worked with UNIX AIX in testing Resource Patient Management System environment for knowledge base Windows comparison.<br>¿ Worked with and maintained the existing PBX communication infrastructure. |

## Education Level

| | |
|---|---|
| **Highest Education Level** | Some College |

## References

| Reference | Title | Employer | Phone | Country Code |
|---|---|---|---|---|
| Cathy Welchert | CRSU Service Unit CEO -Retired | Retired | 602/402-9776 | |
| Keith Longie | Bemidji Area Director -Retired | Retired | 480/399-8469 | |

GSD. 009439

CONFIDENTIAL

**Application Report**

| | **Job Posting Title:** GSD IT Procurement Specialist (GSD |
| **Job Opening ID:** 142364 | #2972) |

## Questionnaire

**Agency Level:**

**Question:** How many years of experience do you have conducting the Invitation to Bid (ITB) or Request for Proposals (RFP) process?

| Answers | | |
| --- | --- | --- |
| **Possible Answer** | **Correct Answer** | **Selected Answer** |
| None | | |
| One to three years | | |
| Four to six years | | |
| Seven to nine years | | |
| Ten or more years | ✔ | ✔ |

**Question:** How many years of experience do you have with the SHARE purchasing and contract modules?

| Answers | | |
| --- | --- | --- |
| **Possible Answer** | **Correct Answer** | **Selected Answer** |
| None | | ✔ |
| One to three years | | |
| Four to six years | | |
| Seven to nine years | | |
| Ten or more years | ✔ | |

**Question:** How many years of experience do you have with the New Mexico Procurement Code, state statutes and regulations?

| Answers | | |
| --- | --- | --- |
| **Possible Answer** | **Correct Answer** | **Selected Answer** |
| None | | ✔ |
| One to three years | | |
| Four to six years | | |
| Seven to nine years | | |

GSD. 009440

CONFIDENTIAL

**Application Report**

**Job Posting Title:** GSD IT Procurement Specialist (GSD

**Job Opening ID:** 142364                                                                                      #2972)

| Answers | | |
|---|---|---|
| **Possible Answer** | **Correct Answer** | **Selected Answer** |
| Ten or more years | ✔ | |

**Question:** How many years of experience do you have processing contracts for Information Technology (IT) services and/or software?

| Answers | | |
|---|---|---|
| **Possible Answer** | **Correct Answer** | **Selected Answer** |
| None | | |
| One to three years | | |
| Four to six years | | |
| Seven to nine years | | |
| Ten or more years | ✔ | ✔ |

**Question:** How many years of experience do you have determining the best sources considering cost, quality of goods and services, delivery time, and compliance with the New Mexico Procurement Code?

| Answers | | |
|---|---|---|
| **Possible Answer** | **Correct Answer** | **Selected Answer** |
| None | | ✔ |
| One to three years | | |
| Four to six years | | |
| Seven to nine years | | |
| Ten or more years | ✔ | |

**Question:** Are you a resident of the State of New Mexico?

| Answers | | |
|---|---|---|
| **Possible Answer** | **Correct Answer** | **Selected Answer** |
| Resident greater than or equal to 1 year | | |
| Resident greater than or equal to 2 years | | |
| Resident greater than or equal to 3 years | | |
| Resident greater than or equal to 4 years | | |

GSD. 009441

CONFIDENTIAL

**Application Report**

**Job Posting Title:** GSD IT Procurement Specialist (GSD #2972)

**Job Opening ID:** 142364

| Answers | | |
|---|---|---|
| **Possible Answer** | **Correct Answer** | **Selected Answer** |
| Resident greater than or equal to 5 years | ✔ | |
| Not a Resident | | ✔ |

## Online Screening:

**Question:** Do you meet the minimum qualifications of Bachelor's Degree in Business Administration or IT related field and four (4) years experience with government contracts with an emphasis on IT? Substitutions may apply. Please refer to Substitution Table on the Job Posting.

| Answers | | |
|---|---|---|
| **Possible Answer** | **Correct Answer** | **Selected Answer** |
| Yes | ✔ | ✔ |
| No | | |

## Additional Questions:

**Question:** Are you a United States Veteran who has been discharged or released from active duty from the Armed Forces under honorable conditions or are you currently serving in the National Guard. (Veterans/National Guard Member MUST ATTACH the appropriate documentation at the time of application to qualify for additional preference points). Veterans: You MUST ATTACH a copy of your DD 214 Form (Long Form). National Guard members MUST ATTACH an official statement from applicable branch of the Armed Forces showing you are a current member of the National Guard, or a NGB 22 Form at the time of application.

| Answers | | |
|---|---|---|
| **Possible Answer** | **Correct Answer** | **Selected Answer** |
| Yes I am an Honorable Veteran. | ✔ | |
| No | | ✔ |

**Question:** Are you a United States Honorably Discharged Veteran with a service-connected disability? YOU MUST ATTACH the appropriate disability documents as issued by the Department of Veteran's Affairs at the time of application to qualify for additional preference points.

| Answers | | |
|---|---|---|
| **Possible Answer** | **Correct Answer** | **Selected Answer** |
| Yes I am a Disabled Veteran. | ✔ | |
| No | | ✔ |

GSD. 009442