

**CONFIDENTIAL**

**Application Report**

**Job Posting Title:** GSD IT Procurement Specialist (GSD #2972)

**Job Opening ID:** 142364

## General Information



| | |
|---|---|
| **Name** | ▉▉▉▉▉▉ |
| **Applicant ID** | 327753 |
| **Applicant Type** | Employee |
| **Applicant Status** | 010 Active |

**EXHIBIT**

**13**

## Contact Information

**Name Prefix** ▉

**Preferred Contact** Phone

## Phone Numbers

| Phone Type | Telephone | Extension | Country Code | Preferred |
|---|---|---|---|---|
| Home | ▉▉▉▉ | | | ▉ |
| ▉ | ▉▉▉▉ | | | ▉ |

| ▉▉▉ | | | | |
|---|---|---|---|---|
| ▉▉▉ | ▉▉▉▉ | | | ▉ |
| ▉ | ▉▉▉▉ | | Yes | |

## Work Experience

| | |
|---|---|
| **Start Date** | 10/20/2022 |
| **End Date** | |
| **Employer** | GSD/SPD |
| **Ending Job Title** | SPD Procurement Specialist II |
| **Supervisor** | Michael Saavedra |
| **Ok to Contact?** | Yes |
| **Email** | Michael.Saavedra@gsd.nm.gov |
| **Phone** | 505/372-8489 **Country Code** |
| **Ending Pay Rate** | 0.00 USD Month |

GSD. 009423