# CONFIDENTIAL

**Application Report**

**Job Posting Title:** SPD IT Procurement Specialist II (GSD #49191)

**Job Opening ID:** 145350

## General Information

| | |
|---|---|
| **Name** | ████████a |
| **Applicant ID** | 327753 |
| **Applicant Type** | Employee |
| **Applicant Status** | 010 Active |



**EXHIBIT**

**14**

## Contact Information

| | |
|---|---|
| **Name Prefix** | Mr. |
| **First Name** | █████ |
| **Preferred Contact** | Phone |

## Phone Numbers

| Phone Type | Telephone | Extension | Country Code | Preferred |
|---|---|---|---|---|
| Home | ██████ | | | ██ |
| ███ | ██████ | | | Yes |

## Email Addresses

| Email Type | Email Address | Preferred |
|---|---|---|
| Business | ████████████ | Yes |

## Work Experience

| | |
|---|---|
| **Start Date** | 10/20/2022 |
| **End Date** | |
| **Employer** | GSD/SPD |
| **Ending Job Title** | SPD Procurement Specialist II |
| **Supervisor** | Tami Concha |
| **Ok to Contact?** | Yes |
| **Email** | Tami.Concha@gsd.nm.gov |
| **Phone** | 505/660-3671 **Country Code** |
| **Ending Pay Rate** | 0.00 USD Month |

07/02/2024 - 10:58:52 AM          Application Details for James Ortega          38


**CONFIDENTIAL**

**Application Report**

**Job Posting Title:** SPD IT Procurement Specialist II (GSD #49191)

**Job Opening ID:** 145350

| | |
|---|---|
| **Description** | Working to establish appropriate methods for the procurement of services and commodities for New Mexico State Agencies, as well as local public bodies. Through the use of Invitations to Bid (ITBs), Requests for Proposals (RFPs), NASPO agreements, GSA agreements and Sole Source agreements we help to provide the tools necessary for the procurement of various commodities, to include Construction, Materials acquisition, Professional Services, Information Technology (IT) services and Sole Source Procurements. Responsible for delivering timely procurement methods for our customers to assure goods and services are available for agency needs. Prepare and present training on the Procurement Code to purchasing customers in State Agencies and provide guidance regarding the Procurement Code to purchasing professionals, vendors and staff. Determine validity and respond to purchasing complaints by state agencies and/or protests filed by aggrieved bidders or offerors and providing reports to management as requested. |

| | |
|---|---|
| **Start Date** | 06/20/2015 |
| **End Date** | 10/14/2022 |
| **Employer** | NMDOT |
| **Ending Job Title** | Purchasing Agent Supervisor |
| **Supervisor** | Christina Baca |
| **Ok to Contact?** | Yes |
| **Email** | Christina.Baca2@state.nm.us |
| **Phone** | 505/469-8800                    **Country Code** |
| **Ending Pay Rate** | 0.00 USD Month |
| **Description** | Supervising a staff of 3 to 5 people responsible for the audit and approval of purchasing activities for the NMDOT as dictated by the New Mexico Procurement Code and guided by the MAPs. Providing guidance, resources, facilitation, training, and expertise in the implementation and/or pursuit of Invitations to Bid, Requests for Proposals, Price Agreements, Contracts, Emergency Procurements and Sole Source Procurements for commodities associated with vertical and horizontal Construction, Road Maintenance, Professional Services, Information Technologies (IT) (Hardware, Software, Infrastructure), PPE, Office Supplies, Personnel Supplies, Public and Personnel Transportation, and Medium and Heavy Equipment. Acting as a liaison, arbiter and/or, guide for communications between vendors, program personnel, management, and inter-agency personnel. |

| | |
|---|---|
| **Start Date** | 06/01/2015 |
| **End Date** | 11/01/2017 |
| **Employer** | NMDOT |

GSD. 009517

CONFIDENTIAL

**Application Report**

**Job Posting Title:** SPD IT Procurement Specialist II (GSD #49191)

**Job Opening ID:** 145350

| | |
|---|---|
| **Ending Job Title** | <mark>Purchasing Supervisor IT Procu</mark> |
| **Supervisor** | Richard Martinez, Retired |
| **Ok to Contact?** | Yes |
| **Email** | |
| **Phone** | 505/795-2516          **Country Code** |
| **Ending Pay Rate** | 0.00 USD Month |
| **Description** | Supervising a staff of 2 people responsible for the establishment and administration of Information Technology (IT) procurements for the NMDOT. To include development of Price Agreements (Through SPD, GSA, and NASPO), Requests for Proposals, Sole Source agreements as well  audit and approval of purchasing activities for the NMDOT. Providing guidance, resources, facilitation, training, and expertise in the implementation and/or pursuit of required procurement methodologies. Acting as a liaison, arbiter and/or, guide for communications between vendors, program personnel, management, and inter-agency personnel. |

| | |
|---|---|
| **Start Date** | 09/15/2012 |
| **End Date** | 06/20/2015 |
| **Employer** | NMDOT |
| **Ending Job Title** | Purchasing Agent-A |
| **Supervisor** | Richard Martinez |
| **Ok to Contact?** | Yes |
| **Email** | richard.martinez@state.nm.us |
| **Phone** | 505/827-5125          **Country Code** |
| **Ending Pay Rate** | 0.00 USD Month |
| **Description** | Audit and approval of purchasing activities including researching, evaluating, and auditing acquisition resources, products, and service information. Provide technical support, guidance, and training in procurement for the NMDOT. Providing guidance, resources, facilitation, training, and expertise in the implementation and/or pursuit of Invitations to Bid, Requests for Proposals, Price Agreements, Contracts, Emergency Procurements and Sole Source Procurements for commodities associated with vertical and horizontal Construction, Road Maintenance, Professional Services, Information Technologies (IT) (Hardware, Software, Infrastructure), PPE, Office Supplies, Personnel Supplies, Public and Personnel Transportation, and Medium and Heavy Equipment and any other commodities required to support and maintain the Public Transportation systems for the State of New Mexico. |

| | |
|---|---|
| **Start Date** | 08/01/2009 |
| **End Date** | 10/15/2012 |



**CONFIDENTIAL**

**Application Report**

**Job Posting Title:** SPD IT Procurement Specialist II (GSD #49191)

**Job Opening ID:** 145350

| | |
|---|---|
| **Employer** | Best Buy LLC |
| **Ending Job Title** | Store Operations Manager |
| **Supervisor** | Kurt Baker |
| **Ok to Contact?** | Yes |
| **Email** | |
| **Phone** | 505/438-4761    **Country Code** |
| **Ending Pay Rate** | 0.00 USD Month |
| **Description** | Managing a staff of 30 employees in the oversight of store inventory to include review and approval of purchasing activities, researching, evaluating and auditing acquisition resources, products and service information. Providing technical support, guidance and training in procurement and inventory management. Conduct and  oversee weekly, monthly, and yearly inventory audits Management of In-Home delivery team, oversight of facility operational budgets. Management of In-Home delivery team, oversight of facility operational budgets, procurement of facility supplies and services, oversight of facility security and loss prevention.1-3-2015 promoted to Purchasing Management of In-Home delivery team, oversight of facility operational budgets, procurement of facility supplies and services, oversight of facility security and loss prevention. |

| | |
|---|---|
| **Start Date** | 04/01/2008 |
| **End Date** | 11/25/2009 |
| **Employer** | NM DOH |
| **Ending Job Title** | Office Clerk, Gen-A |
| **Supervisor** | Tim Gallegos |
| **Ok to Contact?** | No |
| **Email** | |
| **Phone** | 505/827-2613    **Country Code** |
| **Ending Pay Rate** | 0.00 USD Month |
| **Description** | ¿ Providing high quality printing and copying solutions for the staff of the New Mexico Department of Health as well as the New Mexico Environment Department. Duties to include: inventory maintenance, procurement of printing systems, materials and supplies, researching,    evaluating and auditing products and service information for the printing and publishing requirements. |

| | |
|---|---|
| **Start Date** | 05/01/2007 |
| **End Date** | 04/29/2008 |
| **Employer** | Checker Auto Parts |
| **Ending Job Title** | Store Managaer |
| **Supervisor** | Tim Jones |

GSD. 009519



CONFIDENTIAL

**Application Report**

**Job Posting Title:** SPD IT Procurement Specialist II (GSD #49191)

**Job Opening ID:** 145350

| | |
|---|---|
| **Ok to Contact?** | No |
| **Email** | tjones@checkerauto.com |
| **Phone** | **Country Code** |
| **Ending Pay Rate** | 0.00 USD Month |
| **Description** | ¿ Managing a store staff of 10 to15 employees, including assistant managers, full-time, and part-time employees. Duties include hiring, staff development, budget management, store presentation, inventory management, and procurement of store inventory and specialty items. Small contract negotiation and administration with local repair shops and suppliers |

| | |
|---|---|
| **Start Date** | 05/01/2004 |
| **End Date** | 05/20/2007 |
| **Employer** | Best Buy LLC. |
| **Ending Job Title** | Store Services Manager |
| **Supervisor** | David Prieto |
| **Ok to Contact?** | No |
| **Email** | davprieto@bestbuy.net |
| **Phone** | **Country Code** |
| **Ending Pay Rate** | 0.00 USD Month |
| **Description** | Management of over 30 employees in the following departments: The Geek Squad, consisting of Hardware and Software repair and installation, Information Technology (IT) network installation, repair, procurement, and maintenance; Full-Service Home Theater Installation to include IT network integration; Mobile Audio/Video Installation; and Home Delivery Service. Overseeing all services provided by Best Buy Store #375. Responsible for meeting sales goals, payroll, budget management, inventory maintenance, staff development, sales event coordination, customer problem resolution, review and approve purchasing activities in each department, auditing of procurement compliance to include researching, evaluating, and auditing acquisition resources, provide technical support, guidance and training in the procurement of goods and services for Best Buy clientele. |

| | |
|---|---|
| **Start Date** | 11/20/1990 |
| **End Date** | 05/20/2005 |
| **Employer** | Xerox Corp. |
| **Ending Job Title** | Customer Service Engineer/Spec |
| **Supervisor** | Mike Vigil |
| **Ok to Contact?** | Yes |
| **Email** | m.vigil@xerox.com |
| **Phone** | **Country Code** |

GSD. 009520

CONFIDENTIAL

**Application Report**

**Job Posting Title:** SPD IT Procurement Specialist II (GSD
#49191)

**Job Opening ID:** 145350

| | |
|---|---|
| **Ending Pay Rate** | 0.00 USD Month |
| **Description** | Managing a territory of high-volume copiers and printers which included repair and maintenance of the equipment, software installation, advanced troubleshooting of hardware, software, and firmware, Information Technology (IT) system/network integration, customer training, inventory maintenance, parts expense control, machine reliability and customer satisfaction. Six years as an area product specialist on several equipment platforms. |

## Education Level

**Highest Education Level**    Associate Degree

## References

| Reference | Title | Employer | Phone | Country Code |
|---|---|---|---|---|
| Ben J. Archibeque | DoIT IT Network Specialist 3 A | NM DoIT | 575/202-3744 | |
| Les Urioste | Workers Compensation Advocate | Workers Compensation AdmiNMDOT | 505/429-0917 | |
| Timothy Dodge | Ruidoso City Manger | City of Ruidoso | 575/781-0220 | |

## Questionnaire

**Agency Level:**

**Question:** How many years of experience do you have conducting the Invitation to Bid (ITB) or Request for Proposals (RFP) process?

| Answers | | |
|---|---|---|
| **Possible Answer** | **Correct Answer** | **Selected Answer** |
| None | | |
| One to three years | | |
| Four to six years | | |
| Seven to nine years | | |
| Ten or more years | ✔ | ✔ |

**Question:** How many years of experience do you have with the SHARE purchasing and contract

GSD. 009521

CONFIDENTIAL

**Application Report**

**Job Posting Title:** SPD IT Procurement Specialist II (GSD #49191)

**Job Opening ID:** 145350

modules?

| Answers | | |
|---|---|---|
| **Possible Answer** | **Correct Answer** | **Selected Answer** |
| None | | |
| One to three years | | |
| Four to six years | | |
| Seven to nine years | | |
| Ten or more years | ✔ | ✔ |

**Question:** How many years of experience do you have with the New Mexico Procurement Code, state statutes and regulations?

| Answers | | |
|---|---|---|
| **Possible Answer** | **Correct Answer** | **Selected Answer** |
| None | | |
| One to three years | | |
| Four to six years | | |
| Seven to nine years | | |
| Ten or more years | ✔ | ✔ |

**Question:** How many years of experience do you have processing contracts for Information Technology (IT) services and/or software?

| Answers | | |
|---|---|---|
| **Possible Answer** | **Correct Answer** | **Selected Answer** |
| None | | |
| One to three years | | |
| Four to six years | | |
| Seven to nine years | | ✔ |
| Ten or more years | ✔ | |

**Question:** How many years of experience do you have determining the best sources considering cost, quality of goods and services, delivery time, and compliance with the New Mexico Procurement Code?

GSD. 009522

CONFIDENTIAL

**Application Report**

**Job Posting Title:** SPD IT Procurement Specialist II (GSD

**Job Opening ID:** 145350                                                                                        #49191)

| Answers | | |
| --- | --- | --- |
| **Possible Answer** | **Correct Answer** | **Selected Answer** |
| None | | |
| One to three years | | |
| Four to six years | | |
| Seven to nine years | | |
| Ten or more years | ✔ | ✔ |

**Question:** Are you a resident of the State of New Mexico?

| Answers | | |
| --- | --- | --- |
| **Possible Answer** | **Correct Answer** | **Selected Answer** |
| Resident greater than or equal to 1 year | | |
| Resident greater than or equal to 2 years | | |
| Resident greater than or equal to 3 years | | |
| Resident greater than or equal to 4 years | | |
| Resident greater than or equal to 5 years | ✔ | ✔ |
| Not a Resident | | |

## Online Screening:

**Question:** Do you meet the minimum qualifications of Bachelor's Degree in Business Administration or IT related field and four (4) years experience with government contracts with an emphasis on IT? Substitutions may apply. Please refer to Substitution Table on the Job Posting.

| Answers | | |
| --- | --- | --- |
| **Possible Answer** | **Correct Answer** | **Selected Answer** |
| Yes | ✔ | ✔ |
| No | | |

## Additional Questions:

**Question:** Are you a United States Veteran who has been discharged or released from active duty from the Armed Forces under honorable conditions or are you currently serving in the National Guard. (Veterans/National Guard Member MUST ATTACH the appropriate documentation at the time of application to qualify for additional preference points). Veterans: You MUST ATTACH a copy of your DD 214 Form (Long Form). National Guard members MUST ATTACH an official statement from applicable

07/02/2024 - 10:58:52 AM                    Application Details for ███████████                                      45

CONFIDENTIAL

**Application Report**

**Job Posting Title:** SPD IT Procurement Specialist II (GSD #49191)

**Job Opening ID:** 145350

branch of the Armed Forces showing you are a current member of the National Guard, or a NGB 22 Form at the time of application.

| Answers | | |
|---|---|---|
| **Possible Answer** | **Correct Answer** | **Selected Answer** |
| Yes I am an Honorable Veteran. | ✔ | |
| No | | ✔ |

**Question:** Are you a United States Honorably Discharged Veteran with a service-connected disability? YOU MUST ATTACH the appropriate disability documents as issued by the Department of Veteran's Affairs at the time of application to qualify for additional preference points.

| Answers | | |
|---|---|---|
| **Possible Answer** | **Correct Answer** | **Selected Answer** |
| Yes I am a Disabled Veteran. | ✔ | |
| No | | ✔ |

07/02/2024 - 10:58:52 AM          Application Details for ▮▮▮▮▮▮          46