<span style="color:red">CONFIDENTIAL</span>

**Application Report**

**Job Posting Title:** SPD IT Procurement Specialist II (GSD #49191)

**Job Opening ID:** 145350

## General Information

| | |
|---|---|
| **Name** | Amber Sanchez |
| **Applicant ID** | 339290 |
| **Applicant Type** | Employee |
| **Applicant Status** | 010 Active |

EXHIBIT

15

exhibitsticker.com

## Contact Information

| | |
|---|---|
| **Name Prefix** | |
| **First Name** | Amber |
| **Middle Name** | N |
| **Last Name** | Sanchez |
| **Name Suffix** | |
| **Address** | PO BOX 833<br>EDGEWOOD, NM 87015<br>SANTA FE |
| **Preferred Contact** | Phone |

## Phone Numbers

| Phone Type | Telephone | Extension | Country Code | Preferred |
|---|---|---|---|---|
| Business | 505/827-0554 | | | No |
| Cellular | 505/█████ | | | Yes |

## Email Addresses

| Email Type | Email Address | Preferred |
|---|---|---|
| Business | Amber.Sanchez2@gsd.nm.gov | Yes |
| Home | ████████████████ | No |

## Work Experience

| | |
|---|---|
| **Start Date** | 10/17/2020 |
| **End Date** | |
| **Employer** | STATE OF NM |
| **Ending Job Title** | FINANCIAL COORDINATOR |
| **Supervisor** | FRANCINE MARTINEZ |
| **Ok to Contact?** | Yes |
| **Email** | FRANCINE.MARTINEZ@GSD.NM.GOV |
| **Phone** | 505/795-4512    **Country Code** |

GSD. 009496

CONFIDENTIAL

**Application Report**

**Job Posting Title:** SPD IT Procurement Specialist II (GSD
#49191)

**Job Opening ID:** 145350

| | |
|---|---|
| **Ending Pay Rate** | 0.00 USD Month |
| **Description** | ¿ Manage the daily operations of collecting the State Purchasing Special Revenue fees fund.<br>¿ Manually record all report data to the Divisions main records log in an excel document that is easily accessible to management.<br>¿ Verify that fees (monies) are received and recorded timely on internal logs and with ASD Accounts Receivable team.<br>¿ Review IT related NASPO¿s and GSA agreements for compliance of quarterly sales reporting by vendors on all contracts and price agreements containing a fee.<br>¿ Communicated to vendors the Terms and Conditions of our reporting requirements, on the new award of the IT Professional Services price agreement.<br>¿ Work with buyer on the IT Professional Service and other IT related procurements, to identify amendments and compliance status.<br>¿ Conduct compliance reviews for the SPD Buyers in order to consider contract extensions or amendments.<br>¿ Recognize and implement the appropriate methodology to be employed for IT and general service procurements<br>¿ Process all incoming invoices by preparing vouchers for payment, prepare Operating Transfers and run SHARE activity reports.<br>¿ Various SHARE request for the Division such as opening purchase orders, closing out purchase orders, purchase order increases, travel reimbursements, and accruals.<br>¿ Work closely with other State Agencies and Departments to reconcile vendors fees collected, in order to ensure fees are applied appropriately.<br>¿ Records Liaison for the Division. Completes record retention to submit to State Records and Achieves by organizing records and obtaining approval to destruct.<br>¿ Report to management, the quarterly performance measures related to the revenue collected and reported each quarter for LFC and audit purposes.<br>¿ Complete Work Orders through FMD<br>¿ Assist Front Desk Receptionist and Front Desk Secretaries Office with administrative duties when needed.<br>¿ Email weekly advertising to newspapers, proof, maintain correspondences and approve advertisements. Maintain log and update advertisement status is Procurement Tracker.<br>¿ Offer technical support to vendors on how to complete the quarterly excel sales report and email submission. To ensure vendor compliance every quarter. |
| **Start Date** | 11/17/2018 |
| **End Date** | 10/16/2020 |
| **Employer** | State of New Mexico |

GSD. 009497

CONFIDENTIAL

**Application Report**

**Job Posting Title:** SPD IT Procurement Specialist II (GSD #49191)

**Job Opening ID:** 145350

| | |
|---|---|
| **Ending Job Title** | Purchasing Agency- A |
| **Supervisor** | Mark Hayden |
| **Ok to Contact?** | Yes |
| **Email** | Mark.Hayden@state.nm.us |
| **Phone** | 505/827-2331      **Country Code** |
| **Ending Pay Rate** | 0.00 USD Month |
| **Description** | ¿ Determine the appropriate method of procurement based on what needs to be procured (IT, Professional, or General) which results in either an Invitation to Bid (ITB), Request for Proposals (RFP) or Professional Service Contract (PSC). |

¿ Provide technical guidance and support to agencies, vendors and local public bodies related to the procurement code and its process.

¿ Validate IT procurements are prepared using NM DoIT templates and correct approval processes are followed.

¿ Provide assistance to agencies with technical and strategic procurement methods that come to State Purchasing Division.

¿ Prepare, schedule and lead/participate in meetings with vendors and agencies such as Industry Meetings, Request for Information and Pre-Bid/ Pre-Proposal conferences, to ensure equal opportunity to all vendors.

¿ Research market trends and pricing to determine competiveness of IT related goods and services.

¿ Processing of Request for Proposals, Invitation to Bids, Statewide Price Agreements, Department Price Agreements, Contracts, Purchase Orders, Multiple Signature and Single Signature Amendments, Amendment extensions, Amendment general changes, Sole Source, GSA, ITB¿s and Supplemental ITB¿s, NASPO and Co-Operative agreements

¿ Select which vendors to award based on their response to the procurement solicitation, and finalize the award through its execution.

¿ Servicing of price agreements and contracts such as amendments and extensions, including collecting reports from vendors and requesting status of fees for extensions.

¿ Assist in determining the validity of protests and assist in responding to complaints and IPRA requests as needed.

¿ Ensure the execution of notices, advertising, bid tabulations, evaluation committee reports and contract preparation, and awards are issued timely.

¿ Proficient in the following systems: Procurement Tracker (PT2), eProNM/SciQuest, GSD Website, File Trail, SHARE, Excel, MS Word, Outlook, W-9 submissions, DocuSign, and GoToMeeting, Teams Meeting

¿ Provide customer service to vendors and agencies by phone and email correspondence

¿ Attend and participate in conferences for National procurements (NASPO)

¿ Conduct Bid Opening in person and via GoToMeeting

GSD. 009498

CONFIDENTIAL

**Application Report**

**Job Posting Title:** SPD IT Procurement Specialist II (GSD
#49191)

**Job Opening ID:** 145350

| | |
|---|---|
| **Start Date** | 10/15/2018 |
| **End Date** | 11/16/2018 |
| **Employer** | ATA Services |
| **Ending Job Title** | Purchasing Agent- O |
| **Supervisor** | Sandra Gonzales |
| **Ok to Contact?** | Yes |
| **Email** | |
| **Phone** | 505/881-1724        **Country Code** |
| **Ending Pay Rate** | 0.00 USD Month |
| **Description** | ¿ Review accounting reports, contracts, and agreements for compliance with state and federal regulations.<br>¿ Assist agency personnel in determining agency procurement needs.<br>¿ Responsible for processing all activities on procurement assignments for State Purchasing Division<br>¿ Specialized technical contract management support services in the review of professional and technical service contracts.<br>¿ Conduct Bid Opening<br>¿ Provide excellent customer service, answer phones, assist customers via email and telephone<br>¿ Assist State Agencies and Local Public Bodies in compliance with the Procurement Code<br>¿ Attend Conferences and Expo¿s<br>¿ Conduct market research for competitive pricing and vendor participation.<br>¿ Purchases in the following Commodities; Automotive, Furniture, Food, Uniforms, Metals, Fuel, Janitorial, Farming<br>¿ Assist buyers with complex and technical tasks such as Evaluation Committee Reports, Bid Tabs, entering 300 commodity codes into SciQuest and Procurement Tracker, and preparing hard files. |

| | |
|---|---|
| **Start Date** | 12/30/2013 |
| **End Date** | 10/12/2018 |
| **Employer** | Regional Finance |
| **Ending Job Title** | Branch Manager |
| **Supervisor** | Pedro Mariscal |
| **Ok to Contact?** | Yes |
| **Email** | |
| **Phone** | 505/424-3378        **Country Code** |
| **Ending Pay Rate** | 0.00 USD Month |

GSD. 009499

CONFIDENTIAL

**Application Report**

| | **Job Posting Title:** SPD IT Procurement Specialist II (GSD |
|---|---|
| **Job Opening ID:** 145350 | #49191) |

| **Description** | ¿ Responsible for all procurement of goods & services to include IT related for the department, some at low cost and others were price and value based factors which included; Office supplies, Janitorial services, Court process servers, Attorney services, water services, and computer monitors. |
|---|---|
| | ¿ Oversee all contracts for the department, including auditing contracts for compliance of State and Federal regulations, records maintenance and retention/ destruction of IT hard files and electronic/media files. |
| | ¿ Assist customers in electronic application submission, and resolve any IT related issues. |
| | ¿ Prepared, analyzed and maintained budget and corresponding financial records of procurement, vendor services and accounting reports. |
| | ¿ Verify all monies collected from daily transactions (cash/electronic/check) are recorded accurately on accounts and validated timely at the bank. |
| | ¿ Reconcile daily and monthly branch transactions to queries/ reports I run daily to closeout |
| | ¿ Manage control systems for a large variety of accounts which involve legal issues, insurance claims and records maintenance for 850 accounts. |
| | ¿ Determine what action to take on defaulted accounts. Prepare civil summons and file with Magistrate court. Attend hearings as Respondent representative for company. |
| | ¿ Maintain court documents and file the appropriate documents timely, per the courts required time frames. |
| | ¿ Ensure compliance and passing rates for State, Federal and Company lending and insurance regulations |
| | ¿ Open branch, cut petty cash to prepare operating transfer fund from bank into cash drawers each day and drop off branch deposit before cut-off time at bank for validation slip, in order to prepare the daily reports. |
| | ¿ Audit and reconcile GL codes for vouchers paid and checks cut to assure payables are current |
| | ¿ Submit payables to main office monthly for processing |
| | ¿ Audit quarterly and monthly payables to bank vouchers for inconsistencies and non-payments |
| | ¿ Once procured, as the Branch Manager I submitted all invoices for fees such as attorney fees, court and process server fees, water services, janitorial services, building maintenance and refunds to Home Office for payment processing. |
| | ¿ IT Technical system support and training to staff. |
| | ¿ Technical contract support such as approving loans from $600 up to $12,000 with personal collateral, preparation of loan files and closing documents to have a uniformed structure, negotiate terms, rate and amount of structured loans and review contracts for compliance and completeness. |
| | ¿ Proactively interact and train staff members to directly influence and impact results to achieve month end delinquency and production goals to company standards. |

GSD. 009500

<span style="color:red">CONFIDENTIAL</span>

**Application Report**

| | **Job Posting Title:** SPD IT Procurement Specialist II (GSD |
|---|---|
| **Job Opening ID:** 145350 | #49191) |

| | ¿ Provide excellent customer service to build long term business relations and communicated monthly with customers by phone and email correspondences. |
|---|---|

| | |
|---|---|
| **Start Date** | 06/20/2005 |
| **End Date** | 12/20/2013 |
| **Employer** | OneMain Financial |
| **Ending Job Title** | Branch Manager |
| **Supervisor** | Scott Letbetter |
| **Ok to Contact?** | Yes |
| **Email** | |
| **Phone** | 210/672-7121 |
| **Ending Pay Rate** | 0.00 USD Month |

**Country Code**

GSD. 009501

CONFIDENTIAL

**Application Report**

**Job Posting Title:** SPD IT Procurement Specialist II (GSD #49191)

**Job Opening ID:** 145350

| Description | ¿ Made critical decisions of loan underwriting based on creditworthiness from credit bureau reports and personal data. Negotiated terms, interest rates, loan amounts from $1k to $150k and loan security. |
|---|---|

¿ Made critical decisions of loan underwriting based on creditworthiness from credit bureau reports and personal data. Negotiated terms, interest rates, loan amounts from $1k to $150k and loan security.

¿ Responsible for overseeing 2,500 contracts of mortgage and personal loans for the department with receivables of $21 million

¿ IT Technical system support and training to staff.

¿ Implemented solutions to resolve challenges of delinquent accounts by loss mitigation and utilized programs for HARP and budget restructures. Also reduced loss by processing foreclosures, settlements, repossessions and legal suites

¿ Prepared legal document packets to submit for foreclosures and garnishments for civil litigation

¿ Run daily queries and utilize reports for trends in delinquency.

¿ Utilize daily and monthly reports to create action plan for reduction of loss

¿ Loan Budget Restructures based on Debt-to-Income (DTI) and Payment-to-Income (PTI) formulations

¿ Conducted internal branch audit each month to verify compliance with policy and procedures of state and federal regulations for MLA and consumer finance which include analysis of mortgage contracts, secured and signature contracts, money transactions and application data to assure quality performance of portfolio.

¿ Analyze strength and weakness of employees and prepare a monthly assessment of the previous months results. I would be responsible for effectively communicating the assessment with my staff and develop an organized plan of resolution to improve results.

¿ Processed all invoices and reconciled all outstanding vouchers for the department for; janitorial services, pest control, water services, legal fees and court services.

¿ Made all purchases for the department for toner, paper supplies, Janitorial supplies, breakroom supplies, marketing material & brochures.

¿ Audit and reconcile GL codes for vouchers paid and checks cut to assure payables are current

¿ Submit payables to main office monthly for processing

¿ Audit quarterly and monthly payables to bank vouchers for inconsistencies and non-payments

¿ Mortgage Loan Originator (MLO) through NMLS. I would originate, services and collect all branch real estate loans

## Education Level

**Highest Education Level**   HS Graduate or Equivalent

## References

07/02/2024 - 10:58:52 AM          Application Details for Amber Sanchez                    24

CONFIDENTIAL

**Application Report**

**Job Posting Title:** SPD IT Procurement Specialist II (GSD #49191)

**Job Opening ID:** 145350

| Reference | Title | Employer | Phone | Country Code |
|---|---|---|---|---|
| Ashley Dominguez | Friend | Courts | 505/991-9597 | |
| Francine Martinez | Supervisor | SoNM | 505/795-4512 | |
| Theresa Mendibles | Co-worker | SONM | 505/331-6705 | |

## Questionnaire

**Agency Level:**

**Question:** How many years of experience do you have conducting the Invitation to Bid (ITB) or Request for Proposals (RFP) process?

| Answers | | |
|---|---|---|
| Possible Answer | Correct Answer | Selected Answer |
| None | | |
| One to three years | | |
| Four to six years | | |
| Seven to nine years | | ✔ |
| Ten or more years | ✔ | |

**Question:** How many years of experience do you have with the SHARE purchasing and contract modules?

| Answers | | |
|---|---|---|
| Possible Answer | Correct Answer | Selected Answer |
| None | | |
| One to three years | | |
| Four to six years | | ✔ |
| Seven to nine years | | |
| Ten or more years | ✔ | |

**Question:** How many years of experience do you have with the New Mexico Procurement Code, state statutes and regulations?

GSD. 009503

CONFIDENTIAL

**Application Report**

**Job Posting Title:** SPD IT Procurement Specialist II (GSD
**Job Opening ID:** 145350                                              #49191)

| Answers | | |
| --- | --- | --- |
| **Possible Answer** | **Correct Answer** | **Selected Answer** |
| None | | |
| One to three years | | |
| Four to six years | | |
| Seven to nine years | | |
| Ten or more years | ✔ | ✔ |

**Question:** How many years of experience do you have processing contracts for Information Technology (IT) services and/or software?

| Answers | | |
| --- | --- | --- |
| **Possible Answer** | **Correct Answer** | **Selected Answer** |
| None | | |
| One to three years | | |
| Four to six years | | |
| Seven to nine years | | |
| Ten or more years | ✔ | ✔ |

**Question:** How many years of experience do you have determining the best sources considering cost, quality of goods and services, delivery time, and compliance with the New Mexico Procurement Code?

| Answers | | |
| --- | --- | --- |
| **Possible Answer** | **Correct Answer** | **Selected Answer** |
| None | | |
| One to three years | | |
| Four to six years | | |
| Seven to nine years | | |
| Ten or more years | ✔ | ✔ |

**Question:** Are you a resident of the State of New Mexico?

07/02/2024 - 10:58:52 AM             Application Details for Amber Sanchez                    26

CONFIDENTIAL

**Application Report**

**Job Posting Title:** SPD IT Procurement Specialist II (GSD
**Job Opening ID:** 145350                                                          #49191)

| Answers | | |
| --- | --- | --- |
| **Possible Answer** | **Correct Answer** | **Selected Answer** |
| Resident greater than or equal to 1 year | | |
| Resident greater than or equal to 2 years | | |
| Resident greater than or equal to 3 years | | |
| Resident greater than or equal to 4 years | | |
| Resident greater than or equal to 5 years | ✔ | ✔ |
| Not a Resident | | |

## Online Screening:

**Question:** Do you meet the minimum qualifications of Bachelor's Degree in Business Administration or IT related field and four (4) years experience with government contracts with an emphasis on IT? Substitutions may apply. Please refer to Substitution Table on the Job Posting.

| Answers | | |
| --- | --- | --- |
| **Possible Answer** | **Correct Answer** | **Selected Answer** |
| Yes | ✔ | ✔ |
| No | | |

## Additional Questions:

**Question:** Are you a United States Veteran who has been discharged or released from active duty from the Armed Forces under honorable conditions or are you currently serving in the National Guard. (Veterans/National Guard Member MUST ATTACH the appropriate documentation at the time of application to qualify for additional preference points). Veterans: You MUST ATTACH a copy of your DD 214 Form (Long Form). National Guard members MUST ATTACH an official statement from applicable branch of the Armed Forces showing you are a current member of the National Guard, or a NGB 22 Form at the time of application.

| Answers | | |
| --- | --- | --- |
| **Possible Answer** | **Correct Answer** | **Selected Answer** |
| Yes I am an Honorable Veteran. | ✔ | |
| No | | ✔ |

**Question:** Are you a United States Honorably Discharged Veteran with a service-connected disability? YOU MUST ATTACH the appropriate disability documents as issued by the Department of Veteran's Affairs at the time of application to qualify for additional preference points.

GSD. 009505

CONFIDENTIAL

**Application Report**

**Job Posting Title:** SPD IT Procurement Specialist II (GSD
**Job Opening ID:** 145350                                                              #49191)

| Answers | | |
|---|---|---|
| **Possible Answer** | **Correct Answer** | **Selected Answer** |
| Yes I am a Disabled Veteran. | ✔ | |
| No | | ✔ |

07/02/2024 - 10:58:52 AM              Application Details for Amber Sanchez                              28

GSD. 009506