EXHIBIT

16

**INTERROGATORY NO. 8:**    List each and every employee, including name, job title and date of hire, from June 2022 to present who works remotely for all or any part of their workweek.  For each, state how many hours they work remotely each week.

**ANSWER:**  GSD objects to this Interrogatory to the extent it refers to a time period when most State employees worked remotely as a result of COVID-19 and the Governor's orders related to the pandemic.  GSD objects to this Interrogatory as such information has no relevance to the claims in this case, nor is it reasonably calculated to lead to admissible evidence.

In addition to what is stated in response to Interrogatory No. 7, GSD states that since August 2023, no employee has been authorized for regular telework, although some supervisor-level employees sometimes work after-hours and weekends in addition to their regular work hours and might work remotely at such times.

Following a medical procedure in November 2024, Eunice Moya worked remotely for a period of approximately four weeks at the request of the Cabinet Secretary.  Ms. Moya utilized her accrued leave during that period.

### RESPONSES TO PLAINTIFF'S SECOND REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 10:** Any and all emails or text messages between any GSD SPD employee and any or all of the Defendants about their work schedules or work attendance, including but not limited to emails about getting to and/or starting work for the day, emails about leaving and/or stopping work for the day, and emails about overtime.

**RESPONSE:** GSD objects to this Request as it has no reasonable limitation in scope or time.  As stated, this Request would seek all communications since time immemorial.  GSD has no efficient way of searching for these communications, which are likely common and often informal between employees and supervisors.  These communications would be irrelevant to the claims in this case

5