

**EXHIBIT**

**17**

## Job Description

| | |
|---|---|
| Job Title | SPD IT Procurement Specialist II (GSD #49191) |
| Job ID | 145350 |
| Posting End Date | 07/18/2024 |
| Location | Santa Fe |
| Full/Part Time | Full-Time |
| Regular/Temporary | Regular - PERM for State |
| Agency | General Services Department |
| Job Posting Type | Continuous Job Opening |

For more Job Requirements & Classification Description:     Click Here

Return to Previous Page          Switch to Internal View

**Salary**

$36.09 - $57.75 Hourly

$75,072 - $120,115 Annually

This position is a Pay Band 85

**Posting Details**

This posting will be used for ongoing recruitment and may close at any time. Applicant lists may be screened more than once.

The General Services Department is the agency that holds the responsibility of furnishing essential resources and services that support state government operations in New Mexico. GSD's professional staff provides multiple lines of insurance coverage and group health benefits; litigation defense, loss prevention and alternative dispute resolution services; facility planning and design services and construction management; building and landscape maintenance services; vehicle leasing and air transportation services; technical support for agencies in the procurement process; printing and graphic art products; and financial and accounting services. Our customers include state agencies, local public bodies, public schools, institutions of higher education and their employees.

**Why does the job exist?**

This position provides continuity of services to State Agencies and Local Public Bodies for procurements including general construction, routine commodities and general services. This position will assist with Bid Opening and conduct high level meetings as needed and manage a large volume of procurements within SPD, which directly impacts the running of state government and involves close coordination with, and providing guidance to multiple agencies. Any interruption of services could severely impact the entire state.

**How does it get done?**

- Processing construction related Invitation for Bid and Request for Proposals documentation including, but not limited to, bid tabulations, evaluation committee reports, resulting contracts/price agreements, amendments and extensions.

- Award General Service Agreements (GSA), NASPO and/or other cooperative contracts, and sole source procurements as requested to include close communication with prospective vendors.

- Identify appropriate commodity codes for solicitations; help determine validity of protests, assist in responding to purchasing complaints by state agencies/vendors and IPRA requests as needed.

- Instruct compliance with the Procurement Code and GSD Rules and Regulations to purchasing professionals in state agencies and local public bodies.

- Update progress on all assignments in procurement tracker, update solicitations in the online procurement system and meet all metrics within specified time-frames.

- Execute related tasks: notice of participation; newspaper advertising of solicitation; create and/or review solicitation documents, bid tabulations and evaluations; review RFP documents and evaluation committee reports; assist with contract preparation and subsequent awards.

- Assist other buyers, complete special projects as assigned and meet all deadlines in a timely and professional manner.

- Provide high level of customer service to, but not limited to State Agencies, Local Public Bodies and the Supplier community.

GSD.009789

**Who are the customers?**

All Executive Branch State Agencies

**Ideal Candidate**

- Experience in governmental or private purchasing practices and procedures.
- Experience with state agencies and participating local government units.
- Experience in Request for Proposals.
- Experience in statewide cooperative contracts.

**Minimum Qualification**

A Bachelor's Degree in Business Administration or IT related field and four (4) years' experience with government contracts with an emphasis on IT. Substitutions Apply. See Substitution Table below.

**Substitution Table**

These combinations of education and experience qualify you for the position:

| | Education | | Experience | | Education | | Experience |
|---|---|---|---|---|---|---|---|
| 1 | High School Diploma or Equivalent | AND | 8 years of experience | | High School Diploma or Equivalent | AND | 8 years of experience |
| 2 | Associate's degree in the field(s) specified in the minimum qualification | AND | 6 years of experience | | Associate's degree or higher in any field | AND | 8 years of experience |
| 3 | Bachelor's degree in the field(s) specified in the minimum qualification | AND | 4 years of experience | OR | | | |
| 4 | Master's degree in the field(s) specified in the minimum qualification | AND | 2 years of experience | | | | |
| 5 | PhD degree in the field(s) specified in the minimum qualification | AND | 0 years of experience | | | | |

• Education and years of experience must be related to the purpose of the position.

• If Minimum Qualification requires a specific number of "semester hours" in a field (e.g. 6 semester hours in Accounting), applicants MUST have those semester hours in order to meet the minimum qualifications. No substitutions apply for semester hours.

**Employment Requirements**

Must possess and maintain a valid New Mexico Driver's License. Must possess and maintain a current Defensive Driving Course Certificate from the State of New Mexico or must pass and receive Defensive Driving Course Certification as a condition of continued employment.

**Working Conditions**

Work is performed primarily in an office setting at the Joseph Montoya Building with exposure to Visual/Video Display Terminal (VDT) and extensive personal computer and phone usage. Work extended hours and occasional travel may be required. Sitting/Standing, bending, squatting, climbing, and reaching for extended periods of time may be required.

**Supplemental Information**

Do you know what Total Compensation is? Click here

Agency Contact Information: Michael Saavedra: (505) 372-8489 or Michael.Saavedra@gsd.nm.gov Email

For information on Statutory Requirements for this position, click the Classification Description link on the job advertisement.

**Bargaining Unit Position**

GSD.009790

This position is covered by a collective bargaining agreement and all terms/conditions of that agreement apply and must be adhered to.

Return to Previous Page                    Switch to Internal View

GSD.009791