Case 1:23-cv-00782-SMD-KK    Document 105-19    Filed 09/02/25    Page 1 of 5

Careers

# Branch Manager

Apply

EXHIBIT

18


REGIONAL FINANCE

**Careers**

A  Sign In

Search for Jobs         Join Our Talent Community



# Branch Manager

Apply

---

⦿  Santa Fe, NM

▤  Full time

🕒  Posted Today

▤  R5811

Are you ready to take your career to the next level? Regional strives to positively impact the financial lives of our customers.

For over 35 years, our Team Members have been passionate about supporting customers through their financial challenges in life. They take pleasure in finding solutions and lending a helping hand, both to our customers and our communities. As we continue to grow and become a national brand in consumer financing, we hope you'll consider us for future career opportunities.

# Branch Manager

Apply

---

leading team members, managing the branch P&L, driving new loan growth, managing current loan portfolio, marketing, maintenance of current business partnerships, and development of new strategic business partners. The Branch Manager will perform in accordance with RMC's Mission, Vision and Shared Values.

### Why work at Regional?

- Regional offers **competitive pay!** We do our best to show that we value our team members!
- You are eligible for a **monthly bonus**. Who doesn't love a nice cash reward for their hard work?
- You will have **promotion opportunities**. We love to train our Assistant Managers into future Branch Managers!
- All full-time team members have access to our **medical, dental, vision and 401(k) benefits!**
- Pays an average of $72,000, this amount can vary based on your location and cost of living adjustments!

### Duties and Responsibilities

- Manages and inspires team members to perform to their full potential, thus driving branch profitability.
- Exercises a degree of independent judgment in making decisions affecting employees and the work of the branch within company policy guidelines and District Supervisor oversight.
- Subject matter expert on our personal loan product offerings in order to present loan solutions to current and potential customers that help them achieve their financial goals.
- Creates and maintains branch operations solvency by the control of assets, proper credit extension, and proper follow-up and counseling of past-due customers.
- Establish and build customer relationships through delivering exceptional service.
- Assigns duties to employees and frequently examines their work for accuracy, neatness, timeliness and maintaining efficiency by training employees and adjusting errors.
- Trains and develops employees with regard to current and new branch operations, company policies, procedures, and laws governing the consumer finance business.
- Works with Recruiting and District Supervisors to address branch staffing needs.
- Cultivates new relationships with local retail businesses. Partners with Account Managers to maintain strong relationships with current retail businesses, handle complaints and trains business partners in company policies and procedures.
- Oversees the following duties including but not limited to:
- Approves and closes loans, as necessary.
- Works with past-due customers by developing a plan for resolution.
- Delegates all collection activity on a daily basis and follows up to ensure completion.
- Process insurance claims for customers. Maintains proper insurance claims records and reports.
- Telephones and sends collection material to past-due customers, as needed.
- Accepts and posts payments.
- Processes and reviews loan documentation.
- Answers telephone, as needed.

Case 1:23-cv-00782-SMD-KK    Document 105-19    Filed 09/02/25    Page 3 of 5

# Branch Manager

Apply

Minimum Qualifications

- High School Diploma or Equivalent
- 2 years of management experience or completion of required Management Trainee program.
- Valid Driver's License and access to a dependable automobile with liability insurance coverage.
- Must pass drug screen, criminal and credit background checks.

Preferred Qualifications

- 1+ years of Consumer Finance experience.
- College degree a plus.
- Willingness to relocate for career advancement.

Critical Competencies

- Demonstrated passion for customer service.
- Excellent written and verbal communication skills.
- Customer service minded with a personality that relates well with a broad spectrum of people, including external customers, branch colleagues, and corporate co-workers.
- Thrives in a pay for performance atmosphere.
- Proven ability to multi-task.
- High degree of integrity.
- Confidence.
- Sales mentality.
- Adaptable to an ever changing environment.
- Desire for career advancement.
- Problem solving skills.
- Empowers others.
- Emotional Intelligence.
- · Conflict Management skills.

Working Conditions

This position works in an office providing consumer loan products in person and over the phone. This position will occasionally require driving in his/her personal vehicle. The Branch Manager typically works more than 40+ hours each week; Monday through Friday with some Saturdays and overtime required. This position is considered exempt for purposes of federal wage-hour law, which means that it is not eligible for overtime pay.

*If you are a job applicant who resides in the state of California, please review our California Employee Privacy Policy at the following link:*

*https://regionalfinance.com/wp-content/uploads/2022/11/UPDATED-Employee-Privacy-Policy-11.2022.pdf*

Case 1:23-cv-00782-SMD-KK     Document 105-19     Filed 09/02/25     Page 4 of 5

# Branch Manager

Apply

characteristic protected by applicable law ("Protected Characteristics"). Regional's policy of non-discrimination applies to all phases of the employment process and relationship, including, but not limited to, recruitment and selection; compensation and benefits; professional development and training; promotions and opportunities; transfers; social and recreational programs; layoff; and terminations.

## About Us



Founded in 1987, Regional Finance provides services to 450,000 customers annually and provides employment for over 1750 team members and growing. We place an emphasis on making a meaningful difference in peoples' lives by bringing a personal touch to finances and a commitment to diversity, equity, and inclusion that creates a work environment where all employees have a sense of belonging. Team members will have the opportunity to give back to their communities through our outreach program, Regional Reach, that services many organizations

Read More  ∨

## Why We're Smiling



At Regional Finance, we care about each other, our customers, and our communities and look for each Team Member's strengths to meet our shared goals. We offer a variety of incredible benefits, including but not limited to a comprehensive medical, dental, and vision plan, 401(k) plans with matching company contributions, PTO and paid holidays, paid parental leave and an employee assistance program for mental health and counseling.

Read More  ∨

## NOTICE TO CA APPLICANTS

### Notice to California Applicants

# Branch Manager

Apply

Follow Us

workday.

© 2025 Workday, Inc. All rights reserved.