EXHIBIT

19

exhibitsticker.com

## Page 150

So at that point you know that that has happened before.

Q.    Okay.  But nobody that's been hired for a position has later been found to have misrepresented their experience?

A.    Not that I'm aware of.

Q.    Okay.

A.    And I would have given her credit for Regional Finance Branch Manager, December 30, 2013, through October 12, 2018.

Q.    Why?

A.    Because she was responsible for all procurement of goods and services to include IT related for the department; some at low cost, others were price value.  "Oversee all contracts for the department, including auditing contracts for compliance of State and Federal regulations, records maintenance and retention/destruction."  IT hard files; assist customers with IT related issues; prepare, analyze, maintain budget and corresponding records of procurement, vendor services...

Q.    What do those things have to do with the purpose of an IT Procurement Specialist?

A.    I'm looking at the minimum qualifications of the job.

Q.    Right.  So it says, "four years' experience with

## Page 151

government contracts with an emphasis on IT."  Is a Regional Finance Manager for a private bank dealing with the Procurement Code?

A.    I don't know.

Q.    So would a Regional Finance Branch Manager be dealing with government contracts with an emphasis on IT when they're at a private bank?

A.    I don't know.

Q.    But don't you have to know that to apply, this experience?

A.    What they're writing here is something that I would have put through because it's related to procurement, it's related to IT.

Q.    Have you ever worked in procurement?

A.    I've never worked in procurement, no.

Q.    So you don't actually know what skills are needed for an IT Procurement Specialist?

A.    I do because I was CPO certified when I was with the Legislative Counsel Services.

Q.    So you took the experience from Ms. Sanchez from a private bank and gave her credit for State procurement experience?

A.    Yes.  My staff did, and I verified that it was correct.  And this -- we did hire this individual for this position; and if I recall, it needed the State Personnel

## Page 152

Office approval.  So anytime a hire requires State Personnel Office approval, we send the application over along with a Compensation Action Form.  We do an experience calculator to include the experience that we provided, and the State Personnel Office verifies what we're counting as experience.  And they approved this action based on our analysis, so they agreed with our analysis.  So I'm not sure --

MR. LOMAN:  Let her finish her question.

THE WITNESS:  Okay.  Sorry.

BY MS. BURKE:

Q.    I was just saying who at the State Personnel Office approved that?

A.    I was going to say I'm not sure who the HR administrator was that worked on this comp action, but I did verify it.  And our SPO analyst is Celeste DeBari.

Q.    And so there's e-mails about that?

A.    Uh-huh.  So Celeste DeBari is our SPO analyst, and then from Celeste, it goes to her Division Director which is Cynthia Sandoval who also verifies what she is -- what we submitted.  So she verifies that.  Then the State Personnel Office, who was Dylan Lang, signs off on approval.  So besides the HR administrator verifying this, I verified it; and then

## Page 153

three people at the State Personnel Office all agreed with our recommendation.

Q.    Why did State Personnel Office need to approve this position?

A.    Because I believe it was over a 15 percent increase.

Q.    And when they approved your hire, did they compare Ms. Sanchez to the other applicants?

A.    They approved the internal comparators.  So whoever the internal comparators were in the IT position is what they verified.  So whoever was in the position, they -- we compare it with their education, experience; and that's where the recommended salary was given based on appropriate placement based on education and experience.

Q.    So they compared her to people already working in the job, not the people who applied for the job?

A.    Correct.

Q.    So if people were more qualified who applied for the job than she was, they would have been especially qualified if they had been compared to the people in the job; correct?

A.    No.

Q.    Why not?

A.    Well, because it's based on a committee, an interview committee that makes the decision.