

EXHIBIT

26

Case 1:23-cv-00782-SMD-KK   Document 108-1   Filed 09/12/25   Page 1 of 1

GSD >> Home    Timesheet    General Services Department    Skyrim - Music & Ambience    New Mexico Public Procurement

https://hcm.share.state.nm.us/psc/hprd/EMPLOYEE/HRMS/c/TL_EMPLOYEE_FL.TL_ENTER_TIME_FLU.GBL?TL_JOB_CHAR=0

My Homepage

## Enter Time

Job Title   SPD Procurement Specialist II

◄   **18 February - 3 March 2023**   ►

New Mexico Biwkly Time Period

View Legend

Print Timesheet   Submit

### Time Reporting Comments   ✕

**Comments related to Time entered for 03/01/2023**

Comment once entered cannot be altered or removed.

Add a new Comment

Add Comment   Clear

*Entered on 03/02/2023 12:43 PM by Kimberly Hunt-Br*
AWOLV and LWOPA codes entered by another user, not KAHunt-Brown (self); KAHunt-Brown was directed by Natalie Martinez to go into the timesheet and enter these codes instead of the FMLA codes that would have usually been entered to cover Annual Leave time taken due to illness because of a flare-up of her protected medical condition.

*Time Reporting Code

25   Thursday   3-Friday

Scheduled 8   Scheduled 8
Reported   Reported 8

Scheduled 8   Scheduled 8
...ted 8   Reported 8

99 AWOLV - Absent without Leave   ▼   ✚   ━

99 LWOPA - Leave without Pay - Autho ▼   ✚   ━

01 TELWK - Telework 2021   ▼   8.00   8.00   ✚   ━

Comments

46°F Cloudy   12:37 PM   3/2/2023