EXHIBIT

27

| Date | Original Timesheet | Hours | Modified Timesheet | Hours | Notes |
|------|--------------------|-------|--------------------|-------|-------|
| 3/18/2024 | LWOP-Auth | 8 | FMLUP-Family Medical Leave | 8 | |
| 3/20/2024 | LWOP-Auth | 4 | FMLUP-Family Medical Leave | 4 | |
| 3/22/2024 | LWOP-Auth | 2 | FMLUP-Family Medical Leave | 2 | |
| 3/26/2024 | LWOP-Auth | 8 | LWOP-Auth | 8 | Not Modified |
| 4/17/2024 | FMLAN | 4 | FMLAN-FML Paid Annual | 4 | Not Modified |
| 4/17/2024 | FMLSK | 4 | FMLSK-FML Sick | 4 | Not Modified |
| 4/19/2024 | LWOP-Auth | 8 | FMLUP-Family Medical Leave | 8 | |
| 4/29/2024 | LWOP-Auth | 5.5 | LWOP-Auth | 5.5 | Not Modified |
| 4/30/2024 | LWOP-Auth | 8 | FMLUP-Family Medical Leave | 8 | |
| 5/3/2024 | SICKT | 3 | FMLUP-Family Medical Leave | 3 | Was Sick, should have been changed to FMLA-SICK, it was paid time |

99 FMACT - FMLA  Admin Comp Time Taken

99 FMDAT - FML Donated Annual Paid

99 FMDST - FML Donated Sick Leave Paid

99 FMHAT - FMLA Holiday Accrued Taken

99 FMHCT - FMLA Holiday Comp Time Taken

99 FMHOL - FMLA State Holiday Paid

99 FMLAN - FMLA-Paid Annual

99 FMLCT - FMLA Comp Time Taken

99 FMLFT - FMLA Prem Overtime Taken

99 FMLSB - FMLA Standby Comp Time Taken

99 FMLSK - Family Medical Leave Sick

99 FMLUP - Family Medical Leave Unpaid

99 FMPER - FMLA Personal Leave Day Taken