IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**KIMBERLY HUNT-BROWN,**

    **Plaintiff,**

v.                              Case No. 1:23-cv-00782 SMD-KK

**NEW MEXICO GENERAL SERVICES DEPARTMENT, et al**

    **Defendants.**

### DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION IN LIMINE

    Defendants, by and through their counsel, Jackson Loman Downey & Stevens-Block, P.C. (Eric Loman and Sarah Downey) submit the following in response to Plaintiff's Motion in Limine (Doc. 124).

### Introduction

    Plaintiff's Motion addresses a similar issue raised in Defendants' Motion in Limine (Doc. 121), which moves the Court to exclude from trial any arguments or suggestions by Plaintiff or counsel related to pre-trial discovery disputes between the parties. Plaintiff's Motion, rather than excluding those disputes, seeks an order prohibiting Defendants from defending themselves at trial because those pre-trial discovery disputes were either resolved against Plaintiff or are still pending. The Motion should be denied.

### Argument

    First, Plaintiff seeks to exclude "testimony, evidence or argument" that GSD has a policy against telework. Next, Plaintiff seeks to "exclude evidence that telework could not be a reasonable accommodation." With respect to Plaintiff's failure to accommodate claim, these are the ultimate issues to be decided by the jury. Evidence around these issues is surely relevant and should be admitted.

Plaintiff has provided no good reason or authority for the exclusion of this evidence at trial. Discovery in this case has been heavily litigated. The Court has held several discovery conferences and issued multiple discovery orders. Many of those discovery rulings have gone against Plaintiff, and Defendants should be prohibited from presenting their defense as a result. The Motion should be denied.

**WHEREFORE** Plaintiff's Motion in Limine (Doc. 124) should be denied.

Respectfully submitted,

**JACKSON LOMAN DOWNEY  
& STEVENS-BLOCK, P.C.**

By: /s/ *Eric Loman*  
Eric Loman  
Sarah Downey  
Counsel for Defendants  
201 Third St. N.W., Ste. 1500  
Albuquerque, NM 87102  
(505) 767-0577  
eric@jacksonlomanlaw.com

I certify the foregoing was filed via the Court's  
CM/ECF system on January 20, 2026, which  
causes all counsel of record to be served electronically.

By: /s/ *Eric Loman*  
    Eric Loman