IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**KIMBERLY HUNT-BROWN,**

    **Plaintiff,**

v.                                           **Case No. 1:23-cv-00782 SMD-KK**

**NEW MEXICO GENERAL SERVICES DEPARTMENT, et al**

    **Defendants.**

### DEFENDANTS' OBJECTION TO PLAINTIFF'S TRIAL WITNESS LIST

Defendants, by and through their counsel, Jackson Loman Downey & Stevens-Block, P.C. (Eric Loman), and pursuant to the Court's Order Setting Jury Trial (Doc. 69), objects to Plaintiff's identification of Theresa Mendibles in Plaintiff's Witness List, filed January 13, 2026 (Doc. 123).

Ms. Mendibles has not been identified as a witness by any party prior to the recent filing of Plaintiff's Trial Witness List, nor has she been deposed in this case. She should be excluded from trial.

                                              Respectfully submitted,

                                              **JACKSON LOMAN DOWNEY
& STEVENS-BLOCK, P.C.**

                                              By: /s/ *Eric Loman*
                                                    Eric Loman
                                                    Sarah Downey
                                              201 Third St. N.W., Ste. 1500
                                              Albuquerque, NM 87102
                                              (505) 767-0577
                                              eric@jacksonlomanlaw.com
                                              sarah@jacksonlomanlaw.com
                                              *Counsel for Defendants*

I certify the foregoing was filed via the Court's
CM/ECF system on January 21, 2026, which
causes all counsel of record to be served electronically.

By: /s/ *Eric Loman*
      Eric Loman