IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO


KIMBERLY HUNT-BROWN


            Plaintiff,

vs.                                                    Civ. No. 23-cv-00782 SMD-KK


NEW MEXICO GENERAL SERVICES DEPARTMENT,

And VALERIE PAULK, EUNICE MOYA, JENNIFER MORFIN,

VANESSA LEBLANC, AND NATALIE MARTINEZ,

In their individual and official capacities

            Defendants.


<u>NOTICE OF APPEAL</u>


Notice is hereby given that Plaintiff Kimberly Hunt-Brown hereby appeals to the United States

Court of Appeals for the Tenth Circuit from the Order Granting Defendants' Motion for

Summary Judgment in Part [Doc. 146] which became a Final Judgment upon the granting of

Plaintiff's Motion to Remand entered in this action on March 10, 2026. [Doc. 152]


                                    Respectfully Submitted.


                                    Heather Burke
                                    Attorney at Law
                                    1000 Cordova Place #24
                                    Santa Fe, NM 87505
                                    (505) 428-9424


1

heather@hburkelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed to be served upon opposing counsel of record through the Court's e-file and serve system on this 8th day of April 2026.

Respectfully Submitted.

Heather Burke
Attorney at Law
1000 Cordova Place #24
Santa Fe, NM 87505
(505) 428-9424
heather@hburkelaw.com

2